IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Case No. 4:16CR04 |
| | § | Judge Mazzant |
| HEATHER ELIZABETH MERCADO | § | |

## NOTICE OF PLEA AGREEMENT

The government and defendant **Heather Elizabeth Mercado** have entered into a written plea agreement in relation to the pending charges.

Respectfully submitted,

JOHN M. BALES
UNITED STATES ATTORNEY

*/s/*

CHRISTOPHER A. EASON
Assistant United States Attorney
Oklahoma Bar No. 20197
101 E. Park Blvd., Ste. 500
Plano, Texas 75074
Office: 972.509.1201
Fax: 972.509.1209
chris.eason@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify a true and correct copy of the foregoing was served by electronic filing to counsel for the defendant on this the 22nd day of January, 2016.

*/s/*
CHRISTOPHER A. EASON
Assistant United States Attorney