IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:16CR04 |
| | § | Judge Mazzant |
| HEATHER ELIZABETH MERCADO | § | |

## ELEMENTS OF THE OFFENSE

Defendant **Heather Elizabeth Mercado** is charged in Count One of the Indictment with a violation of 18 U.S.C. § 666 (Federal Program Theft). The elements of the offense are as follows:

18 U.S.C. § 666(a)(1)(A)

1. That the defendant was an agent of University of Texas Southwestern Medical Center;

2. That UT Southwestern Medical Center was an organization that received in any one year period, benefits in excess of $10,000 under a Federal Program involving grants, subsidies, loans, guarantees, insurance, or other forms of federal assistance;

3. That the defendant stole or obtained by fraud, property that was owned by or under the care, custody, or control of UT Southwestern Medical Center; and

4. That the property had a value of $5,000 or more.

Respectfully submitted,

JOHN M. BALES
UNITED STATES ATTORNEY

*/s/*

CHRISTOPHER A. EASON
Assistant United States Attorney
Oklahoma Bar No. 20197
101 E. Park Blvd., Ste. 500
Plano, Texas 75074
Office: 972.509.1201
Fax: 972.509.1209
chris.eason@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify a true and correct copy of the foregoing was served by electronic filing to counsel for the defendant on this the 22nd day of January, 2016.

*/s/*

CHRISTOPHER A. EASON
Assistant United States Attorney