DATE 2/2/2016 CASE NUMBER 4:16CR004 - ALM - CAN
LOCATION U.S. Courthouse Annex USA CHRIS EASON, AUSA, Appeared for Govt
JUDGE Christine Nowak VS
DEPUTY CLERK K. Conrad HEATHER ELIZABETH MERCADO
COURT REPORTER: Digital
BEGIN: 9:29am Attorney: TODD SHAPIRO, RET

---

✓ INITIAL APPEARANCE/ARRAIGNMENT and CHANGE OF PLEA Interpreter ____
☐ CHANGE OF PLEA without Plea Agreement

---

✓ CASE CALLED ✓ DEFENDANT SWORN ☐ INTERPRETER REQUIRED ☐ INTERPRETER SWORN

## INITIAL APPEARANCE / ARRAIGNMENT

✓ Hearing Held ✓ Hearing Called ☐ Defendant Sworn ☐ Interpreter Required

✓ Dft appears: ✓ with Todd Shapiro, Retained Counsel ☐ without counsel ☐ pro se ☐ Counsel appears on behalf of defendant
Appears on: ☐ Complaint ✓ Indictment

✓ Date of arrest: Summons - 2/2/2016 (Other district court & case #) ____

✓ Dft ✓ advised of charges ✓ advised of maximum penalties ✓ Advised of right to remain silent;
✓ advised of right to counsel ✓ received copy of indictment
☐ received copy of complaint

✓ Dft first appearance with counsel ☐ CJA appointed ✓ Retained ☐ Federal Public Defender appointed
TODD SHAPIRO

✓ Defendant advises the Court that he/she ✓ has counsel who is TODD SHAPIRO or, ☐ will hire counsel.
☐ If dft cannot retain counsel, the court is to be advised within ____ days so counsel may be appointed.
☐ Defendant requests appointed counsel, is sworn & examined re: financial status.
☐ Financial affidavit executed by dft. The court finds the defendant ☐ able ☐ unable to employ counsel.
☐ ____ appointed US Public Defender appointed ____

✓ Dft enters a plea of: ☐ not guilty ✓ guilty ☐ nolo ☐ guilty - lesser
to counts: ✓ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 ☐ 6 ☐ 7 ☐ 8 ☐ 9 ☐ 10 ☐ 11 ☐ 12 ☐ ____
☐ all counts; ✓ indictment includes forfeiture

✓ Govt does not move for detention
☐ Govt motion for detention ☐ Govt oral motion for continuance ☐ Oral Order granting ☐ Oral Order denying
☐ Defendant oral motion to continue preliminary and detention hearing ☐ Oral Order granting ☐ Oral Order denying
☐ Preliminary and Detention Hrg set ____ ☐ Temp Detention Order Pending Hearing
✓ Order setting conditions of release ☐ PR Bond executed

## CHANGE OF PLEA

✓ Defendant signs Consent to Administration of Guilty Plea by United States Magistrate Judge.
✓ Defendant to plea guilty to Count(s) 1 of **Indictment** OR
Count(s) ____ of Information
✓ Court reviews rights, questions Defendant regarding understanding of same.
☐ Defendant waived right to indictment. Waiver of Indictment signed and entered.
✓ Defendant waives reading of the Indictment / Information
✓ AUSA outlines essential elements of the offense.
☐ Court states range of penalty.
✓ AUSA states range of penalty.

✓ Defendant acknowledged satisfaction with representation of counsel.
✓ Court reviewed rights regarding plea of guilty, jury trial and rights of appeal.
✓ Court reviewed plea agreement with the Defendant.

CRIM 92-114

✓ Court reviewed Factual Basis with Defendant.

☐ Defendant is not a citizen of the United States ☐Defendant is not a legal permanent resident.
☐ Court advised defendant of deportation possibilities ☐Defendant acknowledged understanding deportation possibility
✓ Forfeiture provision explained to Defendant ✓ Defendant acknowledged understanding forfeiture provision

☐ Court advised defendant of requirement to register as sex offender
☐ Defendant acknowledged understanding registration requirement
✓ Defendant entered a plea of guilty to Count 1 of the Indictment
✓ Court will recommend district court accept plea of guilty
✓ Both parties waive the 14 day objection period for the recommendation to the District Judge
✓ Court finds plea is voluntary, knowledgeable and that it has a basis in fact

✓ Consent Form entered.
✓ Plea Agreement entered under seal. ✓ Plea Agreement Addendum entered under seal.
✓ Factual Basis entered.

☐ Defendant remanded to custody of USM.
✓ Defendant to be released on Conditions reviewed, signed, and accepted in open Court
☐ ______________________________
✓ Court recessed at 10:09am