IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No. 4:16CR04 |
| v. | § | Judge Mazzant |
| | § | |
| HEATHER ELIZABETH MERCADO | § | |

## FACTUAL BASIS

Defendant **Heather Elizabeth Mercado** ("**Mercado**") stipulates and agrees that the following facts are true and correct at all times material to the Indictment:

**Introduction**

1. University of Texas Southwestern Medical Center ("UT Southwestern Medical Center") is located in Dallas, Texas. From on or about January 1, 2014, through on or about December 31, 2015, UT Southwestern Medical Center received in excess of $10,000 each calendar year under one or more federal programs involving grants, subsidies, loans, guarantees, insurance, or other forms of federal assistance.

2. From December 1, 2014, through April 13, 2015, **Mercado** was employed by UT Southwestern Medical Center as Director of Talent Acquisition in the Human Resources Department, and was therefore an agent of UT Southwestern Medical Center.

3. **Mercado** controlled and operated Alliance Consulting Partners (ACP), a company purportedly in the business of hospital staffing. On November 3, 2014, **Mercado** caused MM to file an Assumed Name Certificate for ACP in MM's name at the Collin County Clerk's Office, located in the Eastern District of Texas.

4. On December 2, 2014, **Mercado** caused MM to open a bank account ending in the numbers 5138 in the name of DBA Alliance Consulting Partners, MMM Sole Prop at Bank of America in Frisco, Texas, in the Eastern District of Texas. (ACP account)

**Criminal Conduct**

5. **Mercado** knowingly and intentionally signed and submitted a fraudulent UT Southwestern Medical Center Form 309, Justification for Proprietary Purchase, that falsely stated neither Mercado nor any member of her immediate family had an interest in or was connected in any manner with the ACP contract or bid for furnishing recruiting services to UT Southwestern Medical Center.

6. **Mercado** knowingly and willfully caused 28 fraudulent invoices to be generated and submitted to UT Southwestern Medical Center for services rendered by ACP; specifically that ACP would recruit nurses and other personnel to work at UT Southwestern Medical Center. **Mercado** ensured that the false invoices were below the threshold amount of $25,000 to keep the bidding informal and thus under her control as Director of Talent Acquisition. However, these services were never actually delivered or provided with respect to the 28 fraudulent invoices submitted.

7. **Mercado** approved payment of these fraudulent invoices even though she knew that the services were never provided. Additionally, **Mercado**, in her capacity as Director of Talent Acquisition, exerted pressure on UT Southwestern Medical Center's accounting personnel to bypass invoice payment protocols.

8. In reliance on these fraudulent invoices, UT Southwestern Medical Center paid ACP $483,905.96 through 12 checks that **Mercado** obtained, negotiated, and used for her and her family's benefit. **Mercado** caused the checks to be deposited in the ACP account.

9. Specifically, on December 5, 2014, **Mercado** caused UT Southwestern Medical Center, an organization, to issue check number 349390 in the amount of $33,912.00 from UT Southwestern Medical Center to ACP. This check was issued based on UT Southwestern Medical Center's material reliance on **Mercado's** fraudulent invoices numbering 0096, 0098 and 0099. **Mercado** caused MM to deposit this check in the ACP account at Bank of America located in Collin County, in the Eastern District of Texas.

**SIGNATURE AND ACKNOWLEDGMENT BY THE DEFENDANT**

I have read this Factual Basis and have discussed it with my attorney. I fully understand the contents of this Factual Basis and agree without reservation that it accurately describes my acts.

Dated: 1/21/16

HEATHER ELIZABETH MERCADO
Defendant

**SIGNATURE AND ACKNOWLEDGMENT BY ATTORNEY FOR THE DEFENDANT**

I have read this Factual Basis and the Indictment and have reviewed them with my client. Based upon my discussions with my client, I am satisfied that my client fully understands the Factual Basis.

Dated: 1/21/16

TODD SHAPIRO
Attorney for Defendant