IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | No. 4:16-CR-04 |
| | § | |
| HEATHER ELIZABETH MERCADO | § | |

## NOTICE OF APPEARANCE BY ATTORNEY

The United States of America, by and through the United States Attorney for the Eastern District of Texas, files this Notice of Appearance by Attorney and requests that Assistant United States Attorney Camelia Lopez be added as counsel to the above-referenced cause.

Respectfully submitted,

JOHN M. BALES
UNITED STATES ATTORNEY

/s/ Camelia Lopez
CAMELIA LOPEZ
Assistant United States Attorney
Texas State Bar No. 24036990
101 E. Park Blvd., Suite 500
Plano, Texas 75074
Telephone: (972) 509-1201
Facsimile: (972) 509-1209

## **Certificate of Service**

I hereby certify that on April 11, 2016, I electronically filed the foregoing document with the Clerk of Court for the United States District Court, Eastern District of Texas, using the electronic case filing system of the Court.

/s/ Camelia Lopez
CAMELIA LOPEZ
Assistant United States Attorney