**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ' | |
| | ' | |
| **v.** | ' | **No. 4:16CR04** |
| | ' | |
| **HEATHER ELIZABETH MERCADO** | ' | |
| | ' | |

**NOTICE ON DEFENDANT'S DETENTION HEARING**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES the Defendant, HEATHER ELIZABETH MERCADO, by and through her Attorney, files this Notice on Defendant's Detention Hearing and requests this Court set the hearing in the above matter, and in support thereof would show the Court as follows:

I.

The Initial Appearance on Violation of Pretrial Release is set for Friday, April 22, 2016 at 10:15 a.m. The undersigned attorney is not available for said appearance due to appearing for dockets at two separate courthouses.

II.

The undersigned counsel respectfully requests that the Detention Hearing be scheduled for Wednesday, April 27, 2016 at 10:00 a.m., allowing counsel to appear and attend hearing.

Respectfully submitted,

/S/ Todd Shapiro
Todd Shapiro
State Bar of Texas No. 24027852
THE SHAPIRO LAW FIRM
701 East 15th Street, Suite 204
Plano, TX 75074
972.423.0033
972.423.0077 (fax)

ATTORNEY FOR HEATHER ELIZABETH MERCADO

## CERTIFICATE OF CONFERENCE

I hereby certify that on, April , I left a voice mail message and emailed with Assistant United States Attorney, Christopher Eason and cc: Camelia Lopez, regarding the filing of this Notice.

/S/ Todd Shapiro
Todd Shapiro

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing *Notice on Defendant's Detention Hearing* was emailed to the Assistant United States Attorney, Christopher Eason and Camelia Lopez, this 21st day of April 2016.

/S/ Todd Shapiro
Todd Shapiro