DATE 4/22/2016
LOCATION Sherman
JUDGE Christine A. Nowak
DEPUTY CLERK Keary Conrad
COURT REPORTER: Digital Recording
USPO: ____
INTERPRETER: ____
BEGIN: 11:11am / 11:16am

CASE NUMBER 4:16CR004 - ALM / CAN

USA CAMELIA LOPEZ, AUSA Assigned
VS Camelia Lopez Appeared

HEATHER ELIZABETH MERCADO
Defendant
TODD SHAPIRO
Attorney

---

☑ BOND REVOCATION HEARING / VIOLATION OF PRETRIAL RELEASE
☐ ____

---

☑ CASE CALLED ☐ DEFENDANT SWORN ☐ INTERPRETER SWORN
☑ Government announced ready.
☑ Dft appears: ☑ without counsel ☐ with counsel ____.
☐ Defendant announced ready.
☐ Govt ORAL Motion to withdraw Petition ☐ Granted ☐ Denied
☐ Dft ORAL Motion to continue hearing ☐ Granted ☐ Denied
☐ Defendant advised of violations alleged in Petition for Violation of Pretrial Release
☑ **RESET Detention Hrg to: WEDNESDAY, APRIL 27, 2016 AT 10:00AM BEFORE JUDGE NOWAK**
☐ Detention Hearing waived and Dft remanded to USMO.
☐ Presumption Case ☐ Conditions of Release entered and Dft released from custody
☐ ____

☐ Government witnesses:
☐ Defendant witnesses:

**PROCEEDINGS:**

Court determines to ☐ DETAIN ____ ☐ RELEASE ____
☐ Conditions of Release entered and Dft released from custody
☐ Dft remanded to USMO.
☑ Recess 11:16am

☐ See reverse/attached for additional proceedings ____ Adjourn