**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| | § | CASE NUMBER 4:16-CR-00004-ALM |
| | § | |
| v. | § | |
| | § | |
| | § | |
| HEATHER ELIZABETH MERCADO, | § | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| | |
|---|---|
| **Before:**<br><br>U.S. Magistrate Judge Christine Nowak<br>United States Courthouse Annex<br>200 North Travis Street<br>Mezzanine Level<br>Sherman, Texas 75090 | **Courtroom Number:** A01<br><br>**Date:** Wednesday, April 27, 2016<br><br>**Time:** 10:00am |

**IT IS ORDERED**: Pending the hearing, the defendant is to be detained in the custody of the United States Marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: April 22, 2016

CHRISTINE A. NOWAK
UNITED STATES MAGISTRATE JUDGE