E

DATE 4/27/2016
LOCATION Sherman
JUDGE Christine A. Nowak
DEPUTY CLERK Keary Conrad
COURT REPORTER: Digital Recording
USPO: Robert Blanco
INTERPRETER:
BEGIN: 9:37am / 10:14am
10:15am / 10:17am

CASE NUMBER 4:16CR004(1) - ALM / CAN

USA CAMELIA LOPEZ, AUSA Assigned
VS CAMELIA LOPEZ, AUSA Appeared

HEATHER ELIZABETH MERCADO Defendant
TODD SHAPIRO
Attorney

☑ BOND REVOCATION AND DETENTION HEARING on Violation of Pretrial Release
☐

☑ CASE CALLED ☑ DEFENDANT SWORN ☐ INTERPRETER SWORN
☑ Government announced ready.
☑ Dft appears: ☑ with counsel Todd Shapiro. ☐ Defendant announced ready.
☐ Govt ORAL Motion to withdraw Petition ☐Granted ☐Denied
☐ Govt ORAL Motion to withdraw Motion for Detention ☐ Granted ☐ Denied
☐ Dft ORAL Motion to continue Detention Hearing ☐ Granted ☐ Denied
☐ **RESET Detention Hrg to:**
☐ Detention Hearing waived and Dft remanded to USMO.
☐ Presumption Case ☐Conditions of Release entered and Defendant released from custody
☐

☑ Government witnesses:

Government proffered from letters from family members and offered as Exhibits:

Exhibit 1- Letter from Nancy Miller, Aunt of Defendant
Exhibit 2- Letter from Madison McQuagge, Daughter of Defendant
Exhibit 3 - Letter from Alfonso Mercado
Exhibit 4 - Text message from Heather Mercado
Exhibit 5 - Truancy documents regarding Mercardo's children

☑ Defendant witnesses:

Defendant Heather Mercado testified on her own behalf

**PROCEEDINGS:**

Court determined to detain Defendant pending trial. A formal order will follow.

Court determines to ☑ DETAIN ☐ RELEASE

☐ ORIGINAL Conditions of Release remain in place and Dft released from custody

☑ Dft remanded to USMO.

☐ Recess

☐ See reverse/attached for additional proceedings ______ Adjourn