**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | CASE NUMBER 4:16CR004 |
| v. | § | |
| | § | |
| HEATHER ELIZABETH MERCADO | § | |

**ORDER ON VIOLATION OF CONDITIONS OF PRETRIAL RELEASE**
**AND FINDINGS OF FACT IN SUPPORT**

Pursuant to 28 U.S.C. § 636(b) and the Local Rules for the United States District Court for the Eastern District of Texas, this criminal matter was referred to the undersigned United States Magistrate Judge for hearing and consideration of the Petition for Action on Conditions of Pretrial Release [Dkt. No. 20]. The undersigned conducted a hearing on April 27, 2016, finds that Defendant violated the terms of her pretrial release, and orders that Defendant should be detained pending trial.

## BACKGROUND

Defendant is charged in this matter with twelve counts of a violation of Title 18 United States Code, Section 666(a)(1)(A) - Thefts Concerning Programs Receiving Federal Funds, one count of a violation of Title 18 U.S.C. §1957 - Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity. On February 2, 2016, the Court entered an order releasing Defendant from federal custody under certain conditions [Dkt. 13] pending trial.

The United States alleges that the Defendant failed to follow the conditions of release and requests that her conditions of release be revoked pursuant to 18 U.S.C. § 3148.

**DISCUSSION**

Title 18, United States Code, Section 3148, sets out the procedure to follow when the Government alleges that a defendant has violated conditions of release. Section 3148 provides, in relevant part, "a person who has been released under section 3142 of this title, and who has violated a condition of his release, is subject to a revocation of release, an order of detention, and a prosecution for contempt of court." 18 U.S.C. § 3148(a). The statute further provides that, upon appearance before the Court on the government's initiation of a proceeding for revocation of an order or release, "[t]he judicial officer shall enter an order of revocation and detention, if, after a hearing, the judicial officer

> (1) finds that there is-
>
> (A) probable cause to believe that the person has committed a Federal, State or local crime while on release; or
>
> (B) clear and convincing evidence that the person has violated any other condition of release, and
>
> (2) finds that-
>
> (A) based on the factors set forth in section 3142(g) of this title, there is no condition or combination of conditions of release that will assure that the person will not flee or pose a danger to the safety of any other person or the community; or
>
> (B) the person is unlikely to abide by any condition or combination of conditions of release." 18 U.S.C. § 3148(b).

At the hearing held on April 27, 2016, the Court heard proffer from the Government regarding letters from family members that the Defendant has used alcohol since her release on bond and that family members had encountered the Defendant while under the influence of alcohol. The Government requests the Court take judicial notice of the charges in Case No. 32-TP-16-00473, in Collin County Justice of the Peace Court for Precinct 3, Place 2, with Parent Contributing to

Nonattendance. The Government proffered that the children not attending school was a direct result of the Defendant's drinking.

The Court heard testimony from the Defendant who admitted to having an alcohol problem and admitted that she needed treatment for her alcohol abuse. Defendant would neither admit nor deny that the children not attending school was a direct result of her drinking but further testified that she didn't seek alcohol treatment while she was on pretrial release.

The Court finds by clear and convincing evidence that Defendant has violated conditions of her release and based on the proffers by the parties, testimony presented, and the Defendant's conduct that has been presented, the Court finds that Defendant is unlikely to abide by any condition or combination of conditions of release at this time.

Defendant is ordered detained pending trial.

**IT SO ORDERED.**

**SIGNED this 29th day of April, 2016.**

Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE