IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:16CR4-ALM-CAN |
| | § | |
| HEATHER ELIZABETH MERCADO | § | |

**DECLARATION OF PUBLICATION**

Pursuant to the Court's Preliminary Order of Forfeiture entered on February 3, 2016, Notice of Criminal Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least thirty (30) consecutive days, beginning on March 27, 2016, and ending on April 25, 2016, pursuant to 21 U.S.C. § 853(n)(1) and the Attorney General's authority to determine the manner of publication of an Order of forfeiture in a criminal case.

Respectfully submitted,

JOHN M. BALES
United States Attorney

____/s/______________________________
CHRISTOPHER A. EASON
Assistant United States Attorney
101 E. Park Blvd., Suite 500
Plano, Texas 75074
(972) 509-1201
(972) 509-1209 (fax)
Chris.Eason@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed via electronic filing to defense counsel on May 18, 2016.

___/s/_______________________________
CHRISTOPHER A. EASON