IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:16CR4-ALM-CAN |
| | § | |
| HEATHER ELIZABETH MERCADO | § | |

# MOTION FOR FINAL ORDER OF FORFEITURE

The government respectfully requests a Final Order of Forfeiture in this case. In support thereof, the government states as follows:

1. This Court entered a Preliminary Order of Forfeiture on February 3, 2016, forfeiting to the United States the defendant's interest in the following pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c):

   a. 2005 Infiniti G35, VIN #JNKCV54E55M412625;

   b. 2008 Cadillac Escalade, VIN #1GYFK66898R154535;

   c. $483,905.96 in cash proceeds and all interest and proceeds traceable thereto, in that such sum in aggregate is property constituting, or derived from, proceeds obtained directly or indirectly as the result of the foregoing offenses alleged in the indictment.

2. The government published notification of the Court's Preliminary Order of Forfeiture at www.forfeiture.gov for thirty consecutive days advising all third parties of their right to petition the court within thirty days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

3. No claims have been filed.

4. The government respectfully requests a Final Order of Forfeiture declaring the above forfeited as to the defendant and vesting right, title and interest in the property to the United States, and directing the custodial agency to dispose of the property according to law.

Respectfully submitted,

JOHN M. BALES
United States Attorney

___/s/_____________________________
CAMELIA LOPEZ
Assistant United States Attorney
Texas Bar No. 24036990
101 E. Park Blvd., Suite 500
Plano, Texas 75074
(972) 509-1201
(972) 509-1209 (fax)
Camelia.Lopez@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed via electronic filing to defense counsel on July 18, 2016.

___/s/_____________________________
CAMELIA LOPEZ