**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ' | |
| | ' | |
| **v.** | ' | **No. 4:15-CR-25** |
| | ' | |
| **HEATHER ELIZABETH MERCADO** | ' | |
| | ' | |

## DEFENDANT'S MOTION FOR RECONSIDERATION OF SENTENCE

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES the Defendant, HEATHER ELIZABETH MERCADO, by and through her undersigned counsel, hereby submits her Motion for Reconsideration of Sentence and in support thereof would show the Court as follows:

I.

Mrs. Mercado was sentenced by this court on July 18, 2016 to a term of imprisonment of 84 months, as well as other conditions. We are asking this court to allow Mrs. Mercado an opportunity to reopen this matter and introduce evidence and testimony supported by the documentation accompanying this motion. Please see Defense Exhibit A.

Mrs. Mercado would ask the court to review the medical records presented and afford the opportunity to address the court on a number of issues that were raised during sentencing. Mrs. Mercado would like the opportunity to clarify many of the items the court stressed during sentencing that resulted in the 84 month sentence and the upward variance imposed by the court.

Based upon these reasons, Mrs. Mercado respectfully files this, Defendant's Motion for Reconsideration of Sentence and would request the court grant her a timely hearing to be heard on these matters.

Respectfully submitted,

/S/ Todd Shapiro
Todd Shapiro
State Bar of Texas No. 24027852
THE SHAPIRO LAW FIRM
701 East 15th Street, Suite 204
Plano, TX 75074
972.423.0033
972.423.0077 (fax)

ATTORNEY FOR HEATHER ELIZABETH MERCADO

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing *Defendant's Motion for Reconsideration of Sentence* was emailed to the Assistant United States Attorney, Christopher Eason and U.S. Probation Officer, Deanna Splawn this 27TH of July, 2016.

/S/ Todd Shapiro
Todd Shapiro