Blumberg No. 5208 EXHIBIT A

# Cover Page

| | |
|---|---|
| **Practice Name:** | Lauren Michelsen DO, PA |
| **Practice Address:** | 4461 Coit Road<br>Suite 401<br>Frisco, TX 750350527 |
| **Practice Phone:** | (972) 335-1490 |
| **Patient Name:** | Heather Mercado |
| **Patient ID:** | 10736 |
| **Other ID:** | |
| **Patient DOB:** | 10/8/1973 |
| **Date Type:** | Last Modified |
| **Date Range:** | All Dates |
| **Document Types:** | ALL |
| **User ID:** | 1222 |
| **Page Count:** | 56 |

Medication History Alphabetical View

**Augmentin 500-125 mg oral tablet** — Expired

**SIG:** take 1 tablet by oral route every 12 hours for 7 days

05/26/2015 **Prescribed** DISP: (14) tablets with 0 refills
Est. Completion: 06/02/2015
Created: 05/26/2015 10:41AM
Printed: 05/26/2015
Provider: Lauren V. Michelsen DO
User: lmichelsen

**Depo-Provera 150 mg/mL intramuscular syringe** — Active

**SIG:** inject 1 milliliter (150 mg) by intramuscular route every 3 months

04/05/2016 **Prescribed** DISP: (1) 1 ml syringe with 0 refills
Est. Completion: --
Created: 04/05/2016 3:29PM
Provider: Jennifer R. Gulick MD
User: JGulick

**Flagyl 250 mg oral tablet** — Expired

**SIG:** bid x 7days

04/30/2015 **Prescribed** DISP: (14) tablets with 0 refills
Est. Completion: 05/07/2015
Created: 04/30/2015 2:36PM
Provider: Lauren V. Michelsen DO
User: Sam

**Lexapro oral** — Active

-- **Recorded** DISP: (0) with 0 refills
Est. Completion: --
Created: 04/22/2015 10:28AM
null
User: Sam

**lorazepam oral** — Active

-- **Recorded** DISP: (0) with 0 refills
Est. Completion: --
Created: 04/22/2015 10:28AM
null
User: Sam

**phentermine 37.5 mg oral tablet** — Expired

**SIG:** take one-half tablet (18.75 mg) by oral route once daily before breakfast for 30 days

04/27/2015 **Prescribed** DISP: (30) tablets with 0 refills
Est. Completion: 05/27/2015
Created: 04/27/2015 12:32PM
Printed: 04/27/2015
Provider: Lauren V. Michelsen DO
User: lmichelsen

**Seasonique 0.15 mg-30 mcg (84)/10 mcg (7) oral tablets,dose pack,3 month** — Expired

**SIG:** take 1 tablet by oral route once daily for 84 days

04/27/2015 **Prescribed** DISP: (84) tablets with 0 refills
Provider: Lauren V. Michelsen DO

Est. Completion: 07/20/2015 User: lmichelsen
Created: 04/27/2015 12:33PM
Printed: 04/27/2015

**Allergy Shot Record** : none listed

# *Vitals History*

| Date | Time | BP | Position | Body Site | L/R | Cuff Size | HR | RR | TEMP(°) | WT | HT | O2 Sat | HC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/5/2016 | 02:02:00 PM | 116/74 | Sitting | | | | | | | 177lbs 0oz | 5' 5" | | |
| 3/30/2016 | 01:54:00 PM | 142/100 | Sitting | | | | 107 - R | | | 178lbs 0oz | | | |
| 5/26/2015 | 10:18:00 AM | 124/83 | Sitting | | | | 82 - R | | | 159lbs 0oz | | | |
| 4/27/2015 | 12:15:00 PM | 123/77 | Sitting | | | | 82 - R | | | 172lbs 0oz | | | |
| 4/22/2015 | 10:50:00 AM | 112/74 | Sitting | | | | 78 - R | | | 169lbs 0oz | 5' 5" | | |

# *Orthostatic Vitals History*

| Date | Time | BP | Body Site | L/R | Cuff Size | HR | Position |
|---|---|---|---|---|---|---|---|

**No Orthostatic Vitals recorded for this Patient**

# Summary Report

## DEMOGRAPHICS:

| | | | |
|---|---|---|---|
| Name: | Heather Mercado | Age: | 42 |
| Patient ID: | 10736 | Address: | 15189 Preachers Lane |
| DOB: | 10/08/1973 | | |
| SSN: | 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 | | Frisco,TX 75035 |
| Gender: | Female | Phone #: | 214-973-1266 |
| Race: | Caucasian/White | Ethnicity: | Unknown |
| Primary Care Provider: | | Preferred Care Provider: | Michelsen, Lauren V. DO |
| Referring Care Provider: | | | |

## ALLERGIES

| Allergen Name | Reaction | Notes |
|---|---|---|
| Actifed | -- | -- |
| SULFA (SULFONAMIDES) | -- | -- |

## MEDICATION LIST

| Name | Date Started | Instructions |
|---|---|---|
| Augmentin 500-125 mg oral tablet | 05/26/2015 | take 1 tablet by oral route every 12 hours for 7 days |
| Depo-Provera 150 mg/mL intramuscular syringe | 04/05/2016 | inject 1 milliliter (150 mg) by intramuscular route every 3 months |
| Flagyl 250 mg oral tablet | 04/30/2015 | bid x 7days |
| Lexapro oral | -- | -- |
| lorazepam oral | -- | -- |
| phentermine 37.5 mg oral tablet | 04/27/2015 | take one-half tablet (18.75 mg) by oral route once daily before breakfast for 30 days |
| Seasonique 0.15 mg-30 mcg (84)/10 mcg (7) oral tablets,dose pack,3 month | 04/27/2015 | take 1 tablet by oral route once daily for 84 days |

## FAMILY MEDICAL HISTORY

| Disease Name | Relative/Age | Notes |
|---|---|---|
| No significant family medical history | -- | -- |

## Past Medical History

| Disease Name | Date Onset | Notes |
|---|---|---|
| ** Pap Smear History | -- | 2000 Colpo; 2/14 nml per pt. 4/15 nl HPV neg. |
| *Date of Last Mammo | -- | 1/15 nml per pt |

## Past Surgical History

| Procedure Name | Date | Notes |
|---|---|---|
| Breast augmentation (bil) | 1/2015 | -- |
| C-section | 4/10 | -- |

## Social History

| Finding | Status | Age Start/Age Stop | Amount Used | Notes |
|---|---|---|---|---|
| Denies alcohol consumption | -- | --/-- | -- | -- |
| Denies illicit substance abuse | -- | --/-- | -- | -- |
| Director | | | | HR Director |
| Divorced | | | | -- |
| exercises 1 x week or less | | | | -- |
| Heterosexual | | | | -- |
| History of smoking or tobacco use | -- | --/2011 | -- | -- |
| Not currently sexually active | | | | -- |

**Genetic Screening** : none

## Reproductive History

**Menstrual**

Menses Duration(Days): 10 | Last Menstrual Period: 03/29/2016 | Method of Birth Control: Tubal Ligation

**Pregnancy Summary**

| | | |
|---|---|---|
| Total Pregnancies: 5 | Full Term: 5 | Premature: 0 |
| Ab Induced: 0 | Ab Spontaneous: 0 | Ectopics: 0 |
| Multiples: 0 | Living: 5 | |

**Pregnancy Details**

| Date | GA | Hrs Labor | Birth Wt | Sex | Type Delivery | Anes? | Early Labor? | Comments/ Complications | Location |
|---|---|---|---|---|---|---|---|---|---|
| 10/08/1993 | | | 6#8 | Female | Vaginal | | | | |
| 01/26/1998 | | | 6#10 | Male | Vaginal | | | | |
| 11/01/2002 | | | 7# | Female | Vaginal | | | | |
| 08/16/2008 | | | 9# | Female | Vaginal | | | Yes | |
| 04/10/2010 | | | 10# | Male | C-Sect. | | | | |

**Problem List** : None Listed

**Immunizations List** : none listed

**Clinical Alerts** : none listed

## Orders Tracking

| Order Date | Order Name | Status | A/N |
|---|---|---|---|
| 4/5/2016 12:00:00 AM | CBC w diff (85025) | Reviewed | Normal |
| 4/5/2016 12:00:00 AM | Pelvic US complete (76856) | Returned | |
| 5/26/2015 10:27:31 AM | Urinalysis manual wo micro (81002) | Reviewed | |
| 5/26/2015 12:00:00 AM | Culture urine (87086) | Reviewed | Abnormal |
| 4/22/2015 12:00:00 AM | General health panel with TSH (80050) | Reviewed | |
| 4/22/2015 12:00:00 AM | Thin Prep pap with HPV (87621, 87623) | Reviewed | Abnormal |

**Problem List** : None Listed

**Immunizations List** : none listed

**Clinical Alerts** : none listed

## ORDERS TRACKING

| Order Date | Order Name | Status | A/N |
|---|---|---|---|
| 4/5/2016 12:00:00 AM | CBC w diff (85025) | Reviewed | Normal |
| 4/5/2016 12:00:00 AM | Pelvic US complete (76856) | Returned | |
| 5/26/2015 10:27:31 AM | Urinalysis manual wo micro (81002) | Reviewed | |
| 5/26/2015 12:00:00 AM | Culture urine (87086) | Reviewed | Abnormal |
| 4/22/2015 12:00:00 AM | General health panel with TSH (80050) | Reviewed | |
| 4/22/2015 12:00:00 AM | Thin Prep pap with HPV (87621, 87623) | Reviewed | Abnormal |

# Message

**From:** Jennifer Rico
**To:** Lauren Michelsen (lmichelsen)
**Subject:** Thank you M. McQuagge
**Date:** 4/22/2015 10:28:42 AM

**Heather Mercado**

**Patient ID:** 10736
**Other ID:**
**Age:** 41 Years
**DOB:** 10/08/1973
**SSN:** 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
**Sex:** Female

**Address:**
15189 Preachers Lane
Frisco TX 75035

**Home Phone:** (214) 973-1266
**Work Phone:**
**Cell Phone:** (214) 973-1266
**Primary Phone:** 214-973-1266

# History and Physical

| | | | |
|---|---|---|---|
| **Patient Name:** | Heather Mercado | **Visit Date:** | April 22, 2015 |
| **Patient ID:** | 10736 | **Provider:** | Lauren V. Michelsen, DO |
| **Sex:** | Female | **Location:** | Dr. Lauren Michelsen |
| **Birthdate:** | October 8, 1973 | **Location Address:** | 4461 Coit Road<br>Suite 401<br>Frisco, TX 750350527 |
| | | **Location Phone:** | (972) 335-1490 |

## Chief Complaint

- Annual Gyn Exam
- menopausal symptoms

## History Of Present Illness

**ANNUAL EXAM:**
Heather Mercado is a 41 year old Caucasian/White female, divorced, G5 P5005. She is here for her for routine annual exam. Today she has complaints of wanting to lose weight and wants a diet pill..
Her complete medical history and review of systems has been reviewed with the patient and updated into her medical facesheet and incorporated into todays visit as indicated.

**Menstrual History:**
Her menses are slightly irregular She has had occasional spotting. She reports dysmenorrhea that is mild in severity..

She is currently benefitting from permanent sterilization.. Since her last annual GYN exam 1 year ago, she has had no significant changes in her health history.

**PAP and Mammogram History:**

Per current ACOG guidelines women over the age of 30 only need pap smears every 5 years if they have had three consecutive normal pap smears and/or have had a normal pap smear with negative high risk HPV screening. The patient's last Pap smear was approximately 1 year ago.. Her last pap was normal unsure if HPV was done. She has a history of abnormal pap smear (s). Her abnormal pap smear was approximately 15 years ago. Per current guidelines, a Pap smear should not be done today. She desires to have a pap smear done anyway. She desires HPV typing with her pap smear.
The patient's most recent mammogram was obtained 3 months ago and was normal.

There is no family history of breast cancer The patient does not drink alcohol, does not use recreational drugs, and does not smoke.
The patient has been given the Family History Questionnaire for Common Hereditary Cancer Syndromes. Based on her answers from today she will not be offered testing..
The patient has not had blood work with another physician. Today she desires blood work. She is requesting general health panel, hormone panel, TSH, and Lipid panel.

## Past Medical History

| Disease Name | Date Onset | Notes |
|---|---|---|
| ** Pap Smear History | -- | 2000 Colpo; 2/14 nml per pt |
| *Date of Last Mammo | -- | 1/15 nml per pt |

## Past Surgical History

| Procedure Name | Date | Notes |
|---|---|---|
| C-section | 4/10 | -- |

## Medication List

| Name | Date Started | Instructions |
|---|---|---|

| | |
|---|---|
| Lexapro oral | -- |
| lorazepam oral | -- |

## Allergy List

| Allergen Name | Date | Reaction | Notes |
|---|---|---|---|
| Actifed | -- | -- | -- |
| SULFA (SULFONAMIDES) | -- | -- | -- |

## Family Medical History

| Disease Name | Relative/Age | Notes |
|---|---|---|
| No significant family medical history | / | -- |

Elite OB/GYN

Dr. Lauren Michelsen

Dr. Jennifer Gulick

4461 Colt Road, Suite 401
Frisco, Texas 75035
Phone: 972-335-1490 Fax: 972-335-1491

# Fax

**To:** Clint **From:** Stacie

**Fax:** ~~214 229~~ 214 594-8810 **Pages:** 57 Including Cover

**Phone:** 214 229 3354 **Date:** 7/13/16

**Re:** **cc:** Records

☐ Urgent ☐ For Review ☐ Please Comment ☐ Please Reply ☐ Please Recycle

Comments:

Thank you,

*IMPORTANT*
This facsimile transmission contains confidential information, some of all of which may be protected health information as defined by the federal Health Insurance Portability & Accountability Act (HIPPA) Privacy Rule. This transmission is intended for the exclusive use of the individual or entity to which it is addressed and may contain information that is proprietary, privileged, confidential, and/or exempt from disclosure under applicable law. If you are not the intended recipient (or an employee or agent responsible for delivering this facsimile transmission to the intended recipient), you are hereby notified that any disclosure, dissemination, distribution or copying of this information is strictly prohibited and may be subject to legal restriction or sanction. Please notify the sender by telephone (number listed above) to arrange the return or destruction of the information and all copies.

# Cover Page

**Practice Name:** Lauren Michelsen DO, PA

**Practice Address:** 4461 Coit Road
Suite 401
Frisco, TX 750350527

**Practice Phone:** (972) 335-1490

**Patient Name:** Heather Mercado

**Patient ID:** 10736

**Other ID:**

**Patient DOB:** 10/8/1973

**Date Type:** Last Modified

**Date Range:** All Dates

**Document Types:** ALL

**User ID:** 1222

**Page Count:** 56

**Medication History** Alphabetical View

**Augmentin 500-125 mg oral tablet** — Expired

**SIG:** take 1 tablet by oral route every 12 hours for 7 days

05/26/2015 **Prescribed** DISP: (14) tablets with 0 refills
Est. Completion: 06/02/2015
Created: 05/26/2015 10:41AM
Printed: 05/26/2015
Provider: Lauren V. Michelsen DO
User: lmichelsen

**Depo-Provera 150 mg/mL intramuscular syringe** — Active

**SIG:** inject 1 milliliter (150 mg) by intramuscular route every 3 months

04/05/2016 **Prescribed** DISP: (1) 1 ml syringe with 0 refills
Est. Completion: --
Created: 04/05/2016 3:29PM
Provider: Jennifer R. Gulick MD
User: JGulick

**Flagyl 250 mg oral tablet** — Expired

**SIG:** bid x 7days

04/30/2015 **Prescribed** DISP: (14) tablets with 0 refills
Est. Completion: 05/07/2015
Created: 04/30/2015 2:36PM
Provider: Lauren V. Michelsen DO
User: Sam

**Lexapro oral** — Active

-- **Recorded** DISP: (0) with 0 refills
Est. Completion: --
Created: 04/22/2015 10:28AM
null
User: Sam

**lorazepam oral** — Active

-- **Recorded** DISP: (0) with 0 refills
Est. Completion: --
Created: 04/22/2015 10:28AM
null
User: Sam

**phentermine 37.5 mg oral tablet** — Expired

**SIG:** take one-half tablet (18.75 mg) by oral route once daily before breakfast for 30 days

04/27/2015 **Prescribed** DISP: (30) tablets with 0 refills
Est. Completion: 05/27/2015
Created: 04/27/2015 12:32PM
Printed: 04/27/2015
Provider: Lauren V. Michelsen DO
User: lmichelsen

**Seasonique 0.15 mg-30 mcg (84)/10 mcg (7) oral tablets,dose pack,3 month** — Expired

**SIG:** take 1 tablet by oral route once daily for 84 days

04/27/2015 **Prescribed** DISP: (84) tablets with 0 refills
Provider: Lauren V. Michelsen DO

Est. Completion: 07/20/2015 User: lmichelsen
Created: 04/27/2015 12:33PM
Printed: 04/27/2015

**Allergy Shot Record** : none listed

# Vitals History

| Date | Time | BP | Position | Body Site | L/R | Cuff Size | HR | RR | TEMP(°) | WT | HT | O2 Sat | HC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/5/2016 | 02:02:00 PM | 116/74 | Sitting | | | | | | | 177lbs 0oz | 5' 5" | | |
| 3/30/2016 | 01:54:00 PM | 142/100 | Sitting | | | | 107 - R | | | 178lbs 0oz | | | |
| 5/26/2015 | 10:18:00 AM | 124/83 | Sitting | | | | 82 - R | | | 159lbs 0oz | | | |
| 4/27/2015 | 12:15:00 PM | 123/77 | Sitting | | | | 82 - R | | | 172lbs 0oz | | | |
| 4/22/2015 | 10:50:00 AM | 112/74 | Sitting | | | | 78 - R | | | 169lbs 0oz | 5' 5" | | |

# Orthostatic Vitals History

| Date | Time | BP | Body Site | L/R | Cuff Size | HR | Position |
|---|---|---|---|---|---|---|---|

**No Orthostatic Vitals recorded for this Patient**

## Summary Report

### Demographics:

| | | | |
|---|---|---|---|
| Name: | Heather Mercado | Age: | 42 |
| Patient ID: | 10736 | Address: | 15189 Preachers Lane<br>Frisco,TX 75035 |
| DOB: | 10/08/1973 | | |
| SSN: | 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 | | |
| Gender: | Female | Phone #: | 214-973-1266 |
| Race: | Caucasian/White | Ethnicity: | Unknown |
| Primary Care Provider: | | Preferred Care Provider: | Michelsen, Lauren V. DO |
| Referring Care Provider: | | | |

### Allergies

| Allergen Name | Reaction | Notes |
|---|---|---|
| Actifed | -- | -- |
| SULFA (SULFONAMIDES) | -- | -- |

### Medication List

| Name | Date Started | Instructions |
|---|---|---|
| ~~Augmentin 500-125 mg oral tablet~~ | 05/26/2015 | ~~take 1 tablet by oral route every 12 hours for 7 days~~ |
| Depo-Provera 150 mg/mL intramuscular syringe | 04/05/2016 | inject 1 milliliter (150 mg) by intramuscular route every 3 months |
| Flagyl 250 mg oral tablet | 04/30/2015 | bid x 7days |
| Lexapro oral | -- | -- |
| lorazepam oral | -- | -- |
| phentermine 37.5 mg oral tablet | 04/27/2015 | take one-half tablet (18.75 mg) by oral route once daily before breakfast for 30 days |
| Seasonique 0.15 mg-30 mcg (84)/10 mcg (7) oral tablets,dose pack,3 month | 04/27/2015 | take 1 tablet by oral route once daily for 84 days |

### Family Medical History

| Disease Name | Relative/Age | Notes |
|---|---|---|
| No significant family medical history | -- | -- |

## PAST MEDICAL HISTORY

| Disease Name | Date Onset | Notes |
|---|---|---|
| ** Pap Smear History | -- | 2000 Colpo; 2/14 nml per pt. 4/15 nl HPV neg. |
| *Date of Last Mammo | -- | 1/15 nml per pt |

## PAST SURGICAL HISTORY

| Procedure Name | Date | Notes |
|---|---|---|
| Breast augmentation (bil) | 1/2015 | -- |
| C-section | 4/10 | -- |

## SOCIAL HISTORY

| Finding | Status | Age Start/Age Stop | Amount Used | Notes |
|---|---|---|---|---|
| Denies alcohol consumption | -- | --/-- | -- | -- |
| Denies illicit substance abuse | -- | --/-- | -- | -- |
| Director | | | | HR Director |
| Divorced | | | | -- |
| exercises 1 x week or less | | | | -- |
| Heterosexual | | | | -- |
| History of smoking or tobacco use | -- | --/2011 | -- | -- |
| Not currently sexually active | | | | -- |

**Genetic Screening** : none

## REPRODUCTIVE HISTORY

**Menstrual**

Menses Duration(Days): 10 Last Menstrual Period: 03/29/2016 Method of Birth Control: Tubal Ligation

**Pregnancy Summary**

| | | |
|---|---|---|
| Total Pregnancies: 5 | Full Term: 5 | Premature: 0 |
| Ab Induced: 0 | Ab Spontaneous: 0 | Ectopics: 0 |
| Multiples: 0 | Living: 5 | |

**Pregnancy Details**

| Date | GA | Hrs Labor | Birth Wt | Sex | Type Delivery | Anes? | Early Labor? | Comments/ Complications | Location |
|---|---|---|---|---|---|---|---|---|---|
| 10/08/1993 | | | 6#8 | Female | Vaginal | | | | |
| 01/26/1998 | | | 6#10 | Male | Vaginal | | | | |
| 11/01/2002 | | | 7# | Female | Vaginal | | | | |
| 08/16/2008 | | | 9# | Female | Vaginal | | | Yes | |
| 04/10/2010 | | | 10# | Male | C-Sect. | | | | |

**Problem List** : None Listed

**Immunizations List** : none listed

**Clinical Alerts** : none listed

**ORDERS TRACKING**

| Order Date | Order Name | Status | A/N |
|---|---|---|---|
| 4/5/2016 12:00:00 AM | CBC w diff (85025) | Reviewed | Normal |
| 4/5/2016 12:00:00 AM | Pelvic US complete (76856) | Returned | |
| 5/26/2015 10:27:31 AM | Urinalysis manual wo micro (81002) | Reviewed | |
| 5/26/2015 12:00:00 AM | Culture urine (87086) | Reviewed | Abnormal |
| 4/22/2015 12:00:00 AM | General health panel with TSH (80050) | Reviewed | |
| 4/22/2015 12:00:00 AM | Thin Prep pap with HPV (87621, 87623) | Reviewed | Abnormal |

# Message

**From:** Jennifer Rico
**To:** Lauren Michelsen (lmichelsen)
**Subject:** Thank you M. McQuagge
**Date:** 4/22/2015 10:28:42 AM

**Heather Mercado**

**Patient ID:** 10736
**Other ID:**
**Age:** 41 Years
**DOB:** 10/08/1973
**SSN:** 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
**Sex:** Female

**Address:**
15189 Preachers Lane
Frisco TX 75035

**Home Phone:** (214) 973-1266
**Work Phone:**
**Cell Phone:** (214) 973-1266
**Primary Phone:** 214-973-1266

# History and Physical

| | | | |
|---|---|---|---|
| **Patient Name:** | Heather Mercado | **Visit Date:** | April 22, 2015 |
| **Patient ID:** | 10736 | **Provider:** | Lauren V. Michelsen, DO |
| **Sex:** | Female | **Location:** | Dr. Lauren Michelsen |
| **Birthdate:** | October 8, 1973 | **Location Address:** | 4461 Colt Road<br>Suite 401<br>Frisco, TX 750350527 |
| | | **Location Phone:** | (972) 335-1490 |

## Chief Complaint

- Annual Gyn Exam
- menopausal symptoms

## History Of Present Illness

**ANNUAL EXAM:**
Heather Mercado is a 41 year old Caucasian/White female, divorced, G5 P5005. She is here for her for routine annual exam. Today she has complaints of wanting to lose weight and wants a diet pill..
Her complete medical history and review of systems has been reviewed with the patient and updated into her medical facesheet and incorporated into todays visit as indicated.

**Menstrual History:**
Her menses are slightly irregular She has had occasional spotting. She reports dysmenorrhea that is mild in severity..

She is currently benefitting from permanent sterilization.. Since her last annual GYN exam 1 year ago, she has had no significant changes in her health history.

**PAP and Mammogram History:**

Per current ACOG guidelines women over the age of 30 only need pap smears every 5 years if they have had three consecutive normal pap smears and/or have had a normal pap smear with negative high risk HPV screening. The patient's last Pap smear was approximately 1 year ago.. Her last pap was normal unsure if HPV was done. She has a history of abnormal pap smear (s). Her abnormal pap smear was approximately 15 years ago. Per current guidelines, a Pap smear should not be done today. She desires to have a pap smear done anyway. She desires HPV typing with her pap smear.
The patient's most recent mammogram was obtained 3 months ago and was normal.

There is no family history of breast cancer The patient does not drink alcohol, does not use recreational drugs, and does not smoke.
The patient has been given the Family History Questionnaire for Common Hereditary Cancer Syndromes. Based on her answers from today she will not be offered testing..
The patient has not had blood work with another physician. Today she desires blood work. She is requesting general health panel, hormone panel, TSH, and Lipid panel.

## Past Medical History

| Disease Name | Date Onset | Notes |
|---|---|---|
| ** Pap Smear History | -- | 2000 Colpo; 2/14 nml per pt |
| *Date of Last Mammo | -- | 1/15 nml per pt |

## Past Surgical History

| Procedure Name | Date | Notes |
|---|---|---|
| C-section | 4/10 | -- |

## Medication List

| Name | Date Started | Instructions |
|---|---|---|

| | |
|---|---|
| Lexapro oral | -- |
| lorazepam oral | -- |

## Allergy List

| Allergen Name | Date | Reaction | Notes |
|---|---|---|---|
| Actifed | -- | -- | -- |
| SULFA (SULFONAMIDES) | -- | -- | -- |

## Family Medical History

| Disease Name | Relative/Age | Notes |
|---|---|---|
| No significant family medical history | / | -- |

## Reproductive History

**Menstrual**

**Menses Duration(Days):** 10 **Last Menstrual Period:** 04/09/2015 **Method of Birth Control:** Tubal Ligation

**Pregnancy Summary**

**Total Pregnancies:** 5 **Full Term:** 5 **Premature:** 0
**Ab Induced:** 0 **Ab Spontaneous:** 0 **Ectopics:** 0
**Multiples:** 0 **Living:** 5

**Pregnancy Details**

| Date | GA | Hrs Labor | Birth Wt | Sex | Type Delivery | Anes? | Early Labor? | Comments/ Complications | Location |
|---|---|---|---|---|---|---|---|---|---|
| 10/08/1993 | | | 6#8 | Female | Vaginal | | | | |
| 01/26/1998 | | | 6#10 | Male | Vaginal | | | | |
| 11/01/2002 | | | 7# | Female | Vaginal | | | | |
| 08/16/2008 | | | 9# | Female | Vaginal | | | Yes | |
| 04/10/2010 | | | 10# | Male | C-Sect. | | | | |

## Social History

| Finding | Status | Start/Stop | Quantity | Notes |
|---|---|---|---|---|
| Denies alcohol consumption | -- | --/-- | -- | -- |
| Denies illicit substance abuse | -- | --/-- | -- | -- |
| Director | -- | --/-- | -- | HR Director |
| Divorced | -- | --/-- | -- | -- |
| exercises 1 x week or less | -- | --/-- | -- | -- |
| Heterosexual | -- | --/-- | -- | -- |
| History of smoking or tobacco use | -- | --/2011 | -- | -- |
| Not currently sexually active | -- | --/-- | -- | -- |

## Review of Systems

**Constitutional**
- **Admits** : weight gain
- **Denies** : fever, chills, sweats, weight loss, fatigue

**Eyes**
- **Denies** : double vision, spots before eyes

**HENT**
- **Denies** : Ear aches, Nose bleeds, sore throat, dry mouth

**Breasts**

- **Denies** : lumps, tenderness, swelling, nipple discharge

**Cardiovascular**
- **Denies** : dizziness, chest pain, loss of consciousness, palpitations

**Respiratory**
- **Denies** : painful breathing, cough, shortness of breath, wheezing

**Gastrointestinal**
- **Denies** : abdominal pain, Dark or bloody stool, constipation, diarrhea, Indigestion, change in appetite, nausea, vomiting

**Genitourinary**
- **Denies** : Incomplete emptying, Painful urination, Urinary frequency or urgency, Blood in Urine, Urinary incontinence, Bleeding or pain with intercourse, Unusual vaginal discharge or odor, vulvar or v aginal itching or burning, pelvic pain

**Integument**
- **Denies** : Nodules, Change in moles, freckles, Change in hair growth, loss, texture

**Neurologic**
- **Denies** : Numbness or tingling

**Musculoskeletal**
- **Denies** : Back pain, Weakness, Joint pain, stiffness, Swelling of legs

**Endocrine**
- **Denies** : Excessive thirst, Cold or heat intolerance, Excessive urination

**Psychiatric**
- **Admits** : anxiety
- **Denies** : depression, mood swings

**Heme-Lymph**
- **Denies** : Swollen lymph glands, Easy bruisability

**Allergic-Immunologic**
- **Denies** : sneezing, itching eyes and/or nose

## Vitals

| Date | Time | BP | Position | Site | L\R | Cuff Size | HR | RR | TEMP(°F) | WT | HT | BMI kg/m2 | BSA m2 | O2 Sat | HC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/22/2015 | 10:50 AM | 112/74 | Sitting | | | | 78 - R | | | 169lbs 0oz | 5' 5" | 28.12 | 1.87 | | |

## Physical Examination

**Constitutional**
- **Appearance** : well-nourished, well developed, alert, in no acute distress

**Eyes**
- **Pupils and Irises** : pupils equal and round, pupils reactive to light bilaterally, extraocular muscles are grossly intact.

**HENT**
- **Head and Face** :
  - **Head** : normocephalic atraumatic
- **Ears** :
  - **External Ears** : no obvious trauma not both ears bil.
  - **Hearing** : Hearing appears to be adequate
- **Nose** :
  - **External Nose** : nares appear patent bilaterally
- **Mouth** :
  - **General** : appearance normal
  - **Lips** : lip appearance normal
  - **Teeth** : normal dentition for age

**Neck**
- **Lymph Nodes** : no lymphadenopathy present
- **Thyroid** : gland size normal, nontender, no nodules or masses present on palpation

**Chest**
- **Respiratory Effort** : breathing unlabored
- **Auscultation** : normal breath sounds, no rales, no rhonchi

**Cardiovascular**
- **Heart** :
  - **Auscultation** : regular rate, normal rhythm, no murmurs present
- **Peripheral Vascular System** :
  - **Peripheral Circulation** : no edema,clubbing or cyanosis

**Breasts**
- **Inspection of Breasts** : breasts symmetrical, no skin changes, no discharge present, no skin retraction present

- **Palpation of Breasts and Axillae** : *Implants present bilaterally*, no breast tenderness
- **Axillary Lymph Nodes** : no lymphadenopathy present

**Gastrointestinal**

- **Abdominal Examination** : abdomen nontender to palpation, tone normal without rigidity or guarding, no masses present, umbilicus without lesions
- **Liver and spleen** : no hepatomegaly present, liver nontender to palpation
- **Hernias** : no obvious hernias present

**Genitourinary**

- **External Genitalia** : normal appearance for age, no discharge present, no tenderness present, no inflammatory lesions present
- **Vagina** : normal vaginal vault without central or paravaginal defects, normal vaginal discharge present, no inflammatory lesions present, no masses present
- **Bladder** : nontender to palpation
- **Urethra** :
  - **Urethral Body** : urethra palpation normal
  - **Urethral Meatus** : no erythema or lesions present, non gaping
- **Cervix** : appearance healthy, no lesions present, nontender to palpation, no bleeding present
- **Uterus** : nontender to palpation, no masses present, position midline/midplane, mobility: normal
- **Adnexa** : no adnexal tenderness present, no adnexal masses present
- **Perineum** : perineum within normal limits, no evidence of trauma, no rashes or skin lesions present
- **Anus** : anus within normal limits, no hemorrhoids present

**Skin**

- **General Inspection** : no rashes present, no lesions present, no areas of discoloration
- **Body Hair** : general body hair distribution normal
- **Pubic Hair** : normal pubic hair distribution for age, normal female escuchion

**Neurologic/Psychiatric**

- **Mental Status** :
  - **Orientation** : grossly oriented to person, place and time
  - **Judgment and Insight** : judgment and insight intact
  - **Mood and Affect** : mood normal, affect appropriate
  - **Speech** : speech normal
- **Reflexes** : +2/4 patellar deep tendon reflexes intact.
- **Coordination** : coordination grossly normal
- **Gait and Station** : normal gait

## Assessment

- Routine gynecological examination V72.31
- Night sweats 780.8/R61
- Hot flushes, perimenopausal 627.2/N95.1
- Weight gain 783.1/R63.5

## Plan

**Orders**

- Thin Prep pap with HPV (87623, 87621) - V72.31 - 04/22/2015
- General health panel with TSH (80050) - V72.31 - 04/22/2015

**Instructions**

- Her current medical status is satisfactory with no evidence of present gynecology issues.
- Pt encouraged to perform self breast exams monthly.
- Pt encouraged to exercise a minimum of 3-5 x weekly.
- Pt encouraged to consume 1200 mg calcium daily or 3 either through supplements or diet, along with 400 IU of vitamin D.
- Baseline mammograms starting at age 40. Every 1 -2 years until age 50.
- Weight loss encouraged.
- Pt counseled on current Pap smear guidelines. She is aware of the need for annual exams whether or not a Pap is indicated.
- pt will return to review labs and to discuss her desires to lose weight.

**Disposition**

- f/u 1 week
- Appointment Requested (16617) and Recall created (12477)

Careprovider : Michelsen, Lauren V. DO (1003)
Appointment : Annual / Office Visit
Date : 1 year +/- 2 days
Override : No
Comments/Instructions :

| |
|---|
| Lipid panel, Hormone panel |

**Electronically Signed by:** Lauren V. Michelsen, DO -Author on April 22, 2015 10:59:14 AM

## LabCorp - Lab - General Lab

**Specimen #:** 112-163-3502-0 **Report Status:** Final Results

**Patient Information:**

**Name:** Mercado, Heather **PatientID:** 10736 **Sex:** F **DOB:** 10/08/1973
**Address:** 15189 PREACHERS LANE FRISCO, TX 75035- **Phone #:** (214)973-1266 **SSN:** ###-##-0760

**Date of Specimen:** 04/22/2015 15:50 **Date Received:** 04/22/2015 22:07 **Specimen Source:**
**Date Reported:** 04/23/2015 05:21 **Physician:** MICHELSEN, L **Information:**

| Test Name | Result | Flags | Reference Range | Lab |
|---|---|---|---|---|
| **Comments:** | Fasting=N | | | |
| **CBC With Differential/Platelet** | | | | |
| WBC | 5.8 x10E3/uL | | 3.4-10.8 x10E3/uL | DA |
| RBC | 4.47 x10E6/uL | | 3.77-5.28 x10E6/uL | DA |
| Hemoglobin | 14.1 g/dL | | 11.1-15.9 g/dL | DA |
| Hematocrit | 41.8 % | | 34.0-46.6 % | DA |
| MCV | 94 fL | | 79-97 fL | DA |
| MCH | 31.5 pg | | 26.6-33.0 pg | DA |
| MCHC | 33.7 g/dL | | 31.5-35.7 g/dL | DA |
| RDW | 13.1 % | | 12.3-15.4 % | DA |
| Platelets | 307 x10E3/uL | | 150-379 x10E3/uL | DA |
| Neutrophils | 55 % | | | DA |
| Lymphs | 33 % | | | DA |
| Monocytes | 11 % | | | DA |
| Eos | 1 % | | | DA |
| Basos | 0 % | | | DA |
| Neutrophils (Absolute) | 3.2 x10E3/uL | | 1.4-7.0 x10E3/uL | DA |
| Lymphs (Absolute) | 1.9 x10E3/uL | | 0.7-3.1 x10E3/uL | DA |
| Monocytes(Absolute) | 0.6 x10E3/uL | | 0.1-0.9 x10E3/uL | DA |
| Eos (Absolute) | 0.1 x10E3/uL | | 0.0-0.4 x10E3/uL | DA |
| Baso (Absolute) | 0.0 x10E3/uL | | 0.0-0.2 x10E3/uL | DA |
| Immature Granulocytes | 0 % | | | DA |
| Immature Grans (Abs) | 0.0 x10E3/uL | | 0.0-0.1 x10E3/uL | DA |
| **Comp. Metabolic Panel (14)** | | | | |
| Glucose, Serum | 84 mg/dL | | 65-99 mg/dL | DA |
| BUN | 11 mg/dL | | 6-24 mg/dL | DA |
| Creatinine, Serum | 0.64 mg/dL | | 0.57-1.00 mg/dL | DA |
| eGFR If NonAfricn Am | 111 mL/min/1.73 | | >59 mL/min/1.73 | DA |
| eGFR If Africn Am | 128 mL/min/1.73 | | >59 mL/min/1.73 | DA |
| BUN/Creatinine Ratio | 17 | | 9-23 | DA |
| Sodium, Serum | 141 mmol/L | | 134-144 mmol/L | DA |
| Potassium, Serum | 4.2 mmol/L | | 3.5-5.2 mmol/L | DA |
| Chloride, Serum | 102 mmol/L | | 97-108 mmol/L | DA |
| Carbon Dioxide, Total | 24 mmol/L | | 18-29 mmol/L | DA |
| Calcium, Serum | 9.8 mg/dL | | 8.7-10.2 mg/dL | DA |
| Protein, Total, Serum | 6.9 g/dL | | 6.0-8.5 g/dL | DA |
| Albumin, Serum | 4.7 g/dL | | 3.5-5.5 g/dL | DA |
| Globulin, Total | 2.2 g/dL | | 1.5-4.5 g/dL | DA |
| A/G Ratio | 2.1 | | 1.1-2.5 | DA |
| Bilirubin, Total | 0.4 mg/dL | | 0.0-1.2 mg/dL | DA |
| Alkaline Phosphatase, S | 60 IU/L | | 39-117 IU/L | DA |
| AST (SGOT) | 18 IU/L | | 0-40 IU/L | DA |
| ALT (SGPT) | 12 IU/L | | 0-32 IU/L | DA |

**Lipid Panel**

| | | | |
|---|---|---|---|
| Cholesterol, Total | 170 mg/dL | 100-199 mg/dL | DA |

# FAX

**To: Clint Satchell**
Company:
Fax: 12145948810
Phone:

**From: Shawanda Johnson**
Fax:
Phone:
E-mail:

---

## NOTES:

Re: Heather Mercado 10/08/1973 Hope this helps! :)

---

**Date and time of transmission:** Wednesday, July 13, 2016 9:06:28 AM
**Number of pages including this cover sheet:** 47

5/2/16

I Heather Mercado give Power of Attorney to

Clinton Satchell
707 Michaels Dr.
Duncanville, Tx 75116
Birthdate 6-13-80

during my incarceration.

Thank you.

Heather Mercado
signature

SIERRA BARRON
My Notary ID # 130526684
Expires February 8, 2020

Sierra Barron
notary

**(c) GRANT OF SPECIFIC AUTHORITY FOR AN AGENT TO MAKE MAJOR GIFTS OR OTHER TRANSFERS TO HIMSELF OR HERSELF: (OPTIONAL)**

If you wish to authorize your Agent to make gifts or transfers to himself or herself, you must grant that authority in this section, indicating to which Agent(s) the authorization is granted, and any limitations and guidelines.

HM I grant specific authority for the following Agent(s) to make the following major gifts or other transfers to himself or herself:

(i) Clint Satchell is authorized to transfer my IRS Check/Funds to himself or herself.

(ii) Clint Satchell is authorized to transfer my Bank Accounts to himself or herself.

(iii) Clint Satchell is authorized to transfer my Medical Records to himself or herself.

This authority must be exercised pursuant to my instructions, or otherwise for purposes which the Agent reasonably deems to be in my best interest.

**(d) ACCEPTANCE BY THIRD PARTIES:**

I agree to indemnify the third party for any claims that may arise against the third party because of reliance on this Major Gifts Rider.

**(e) SIGNATURE OF PRINCIPAL AND ACKNOWLEDGMENT:**

In Witness Whereof I have hereunto signed my name on July 2nd, 20 16.

PRINCIPAL signs here: ==> [signature] D.O.B. 10/8/73 SS# 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

A Notary Public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF Texas )
COUNTY OF Fannin )

On July 2, 20 16, before me, Christopher Patton, a Notary Public, personally appeared Heather Mercado, as Principal, and ______, as Witness, and ______, as Witness, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Texas that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

CHRISTOPHER SHANE PATTON
Notary Public, State of Texas
Comm. Expires 01-17-2017
Notary ID 12927062-5

[signature]
Signature of Notary

Affiant ____ Known ____ Produced ID Type of ID Notary (Seal)

Centennial Family Medicine at East Frisco
15950 Eldorado Parkway, Suite 400
Frisco, Texas 75035
Office (214) 390-5366 Fax (972) 547-0513
www.centennialfamilymedicine.com

| | |
|---|---|
| **Patient:** | **HEATHER MERCADO** |
| **Date of Birth:** | **10/08/1973** |
| **Date:** | **03/15/2016 02:41 PM** |
| **Visit Type:** | **Office Visit** |

This 42 year old female presents for gross hematuria.

## History of Present Illness

1. gross hematuria

The symptoms began 5 weeks ago. The symptoms are reported as being moderate. The symptoms occur constantly. The location is GU. She states the symptoms are acute. x 4-5 days. Gross hematuria that is progressively getting worse.
Initially with temp up to 103. Tmax24 is 99.7.
No abdominal pain. Feeling some fullness left side to left flank.
Passing clots and urine is dark red.
No h/o kidney stones. CT in ER last night unremarkable.
CBC normal. Chemistries normal.

Having flank pain that came on before the bleeding. Some nausea and vomiting last night. On Zofran for that.
No recent pelvic procedures or exams. No trauma. NON SMOKER.

Given Bactrim last night. Took CIPRO BID for 3 and LEVAQUIN DAILY for 6 days PRIOR to going to ER.

Says she noticed a little blood in the urine for several weeks PRIOR to taking the ABX that she had at home.
Cycles have been abnormal. Last menses about 6 weeks before the blood appeared in the urine but she says this is NOT menstrual. HCG test NEGATIVE in ER.

## Review of Systems

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Negative | Fever. |
| Eyes | Negative | Vision changes. |
| Respiratory | Negative | Dyspnea. |
| Cardio | Negative | Edema. |
| GI | Positive | Nausea. |
| GI | Negative | Abdominal pain, blood in stool and vomiting. |
| Reproductive | Negative | Dysmenorrhea and vaginal discharge. |

## Problem List

| Problem Description | Onset Date | Chronic | Notes |
|---|---|---|---|
| Pharyngitis | 10/30/2015 | N | |
| Obesity | 06/20/2013 | Y | |
| Anxiety | 06/20/2013 | Y | |
| Dermatitis | 06/20/2013 | Y | |
| Onychomycosis | 06/20/2013 | Y | |

| | | |
|---|---|---|
| Sleep disorder | 06/20/2013 | Y |

## Past Medical/Surgical History (Reviewed, updated)

| Disease/disorder | Onset Date | Management | Date | Comments |
|---|---|---|---|---|
| Medical: Anxiety/Panic Attacks | 06/01/2012 | | | |
| Medical: HTN | 06/01/2012 | | | |
| Surgeries: Tonsillectomy | 1993 | | | |
| Vaccines: Tetanus | 2007 | Due: | 2017 | |

## Family History (Reviewed, updated)

Patient reports there is no relevant family history.

## Social History (Reviewed, updated)

The person's ethnicity is: Not Hispanic or Latino
The patient is right-handed.
Preferred language is English.

## Education/Employment/Occupation

| Employment | Emp. History | Emp Status | Retire Date | Restrictions |
|---|---|---|---|---|
| | HR Director | | | |

## Martial Status/Family/social Support

Currently married.

Smoking status: Never smoker.

No passive smoke exposure.

ALCOHOL
The patient formerly drank alcohol.
Type: Wine.
CAFFEINE
The patient uses caffeine: coffee and tea. - 2 cups a day.
LIFESTYLE
Never exercises.

Patient agrees to transfusion.

## Medication Reconciliation

| Medication | Start Date | Date Stopped | Sig Desc | Comment |
|---|---|---|---|---|
| amoxicillin 875 mg tablet | 02/05/2016 | | take 1 tablet by oral route | not taking |

| | | |
|---|---|---|
| | every 12 hours | |
| escitalopram 10 mg tablet | take 1 tablet by oral route every day | taking as directed |
| lorazepam 1 mg tablet | take 1 tablet by oral route 2 times every day as needed | taking as directed |

## Allergies

Reviewed, no changes.

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| PSEUDOEPHEDRINE HCL | rash | Actifed | |
| TRIPROLIDINE HCL | rash | Actifed | |
| SULFA (SULFONAMIDE ANTIBIOTICS) | Rash | | |

## Vital Signs

| Time | BP mm/Hg | Pulse /min | Resp /min | Temp F | Ht ft | Ht in | Ht cm | Wt lb | Wt kg | BMI kg/m2 | BSA m2 | O2 Sat% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2:51 PM | 132/70 | 82 | 18 | 97.8 | 5.0 | 5.00 | 165.10 | 171.00 | 77.564 | 28.46 | | 98 |

MEASURED BY

| Time | Measured by |
|---|---|
| 2:51 PM | Lauren McKay |

## Physical Exam

| Exam | Findings | Details |
|---|---|---|
| Constitutional | Normal | Well developed. |
| Respiratory | Normal | Effort - Normal. |
| Genitourinary | * | Chaperone - wendy. Vagina - filled with blood. Cervix - active bleeding. |
| Genitourinary | Comments | There is mild left side pelvic tenderness, no CVA ttp. Vaginal vault is full of blood and after clearing with swabs it is seen from the Os. |
| Genitourinary | Normal | Urethral meatus - Normal. Urethra - Normal. External genitalia - Normal. Glands - Normal. Perineum - Normal. |
| Psychiatric | Normal | Appropriate mood and affect. |

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Vaginal bleeding, abnormal (N93.9). |
| | Impression | x 5 weeks and getting worse. I recommend patient schedule appt to see OBGYN asap and she will call tomorrow. I discussed treatment options and since she is a non smoker with no prior thrombotic problems we can do high dose OCPs to stop the bleeding, cautioned about nausea. She voiced understanding and opts for that plan of care. Rx for ORTHO NOVUM 1/35. ONE TAB Q6 hours until bleeding stops then Q 8 hours for 4 days then Q 12 hours for 2 days then once daily for 3 weeks. F/u wiht GYN or myself during that time. Go to ER with acute worsening. |

## Medications (Added, Continued or Stopped this visit)

### Started Today

| Start Date | Medication | Sig Desc | Instruction | Stop Date |
|---|---|---|---|---|
| 03/15/2016 | Ortho-Novum 1/35 (28) 1 mg-35 mcg tablet | take 1 tablet by oral route every day | | |
| 03/15/2016 | Zofran 8 mg tablet | take 1 tablet by oral route every 8 hours for 2 days | | 03/16/2016 |

### Continued Today

| Start Date | Medication | Directions | Instruction | Stop Date |
|---|---|---|---|---|
| | escitalopram 10 mg tablet | take 1 tablet by oral route every day | | |
| | lorazepam 1 mg tablet | take 1 tablet by oral route 2 times every day as needed | | |
| 02/05/2016 | amoxicillin 875 mg tablet | take 1 tablet by oral route every 12 hours | | |

**Provider:** John Washburn MD 03/15/2016 05:12 PM

Document generated by: John Washburn 03/15/2016 05:12 PM EST.

Electronically signed by John Washburn MD on 03/15/2016 05:26 PM

centennial
family medicine at east frisco

John L. Washburn, M.D.
Thanh Phan, P.A.

**Patient:** HEATHER MERCADO
**Date of Birth:** 10/08/1973
**Date:** 02/05/2016 01:50 PM
**Historian:** self
**Visit Type:** Office Visit

This 42 year old female presents for sore throat.

## History of Present Illness

1. sore throat

Onset: 1 Week. The severity of the problem is moderate. The problem has worsened. The symptoms are persistent. Symptoms are associated with sick family member. Symptoms are not associated with exposure to strep. The patient denies aggravating factors. Symptoms are relieved by decongestants and OTC analgesics. Associated symptoms include chills/rigors, cough, fatigue, headache, nasal congestion, pharyngitis, postnasal drainage, sinus pressure and sputum. Pertinent negatives include facial pain, fever, otalgia, rash, rhinitis or wheezing. Additional information: kids sick with same tried otc cough cold med min relief.

## Review of Systems

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Positive | Chills/rigors, Fatigue. |
| Constitutional | Negative | Chills, fever and malaise. |
| ENMT | Positive | Nasal congestion, Nasal drainage, Pharyngitis, Post-nasal drainage, Sinus pressure, Sore throat. |
| ENMT | Negative | Ear drainage, facial pain, hearing loss, otalgia and rhinitis. |
| Eyes | Negative | Eye discharge, eye pain and vision changes. |
| Respiratory | Positive | Cough, Sputum. |
| Respiratory | Negative | Dyspnea and wheezing. |
| Cardio | Negative | Chest pain and irregular heartbeat/palpitations. |
| GI | Negative | Abdominal pain, decreased appetite, diarrhea, heartburn, nausea and vomiting. |
| Neuro | Positive | Headache. |
| Neuro | Negative | Dizziness, extremity weakness, gait disturbance and numbness in extremity. |
| Integumentary | Negative | Hives, pruritus and rash. |
| MS | Negative | Back pain, muscle weakness and neck pain. |
| Hema/Lymph | Negative | Lymphadenopathy. |

## Problem List

| Problem Description | Onset Date | Chronic | Notes |
|---|---|---|---|
| Pharyngitis | 10/30/2015 | N | |
| Obesity | 06/20/2013 | Y | |
| Anxiety | 06/20/2013 | Y | |
| Dermatitis | 06/20/2013 | Y | |
| Onychomycosis | 06/20/2013 | Y | |

| | | |
|---|---|---|
| Sleep disorder | 06/20/2013 | Y |

## Past Medical/Surgical History (Reviewed, updated)

| Disease/disorder | Onset Date | Management | Date | Comments |
|---|---|---|---|---|
| Medical: Anxiety/Panic Attacks | 06/01/2012 | | | |
| Medical: HTN | 06/01/2012 | | | |
| Surgeries: Tonsillectomy | 1993 | | | |
| Vaccines: Tetanus | 2007 | Due: | 2017 | |

## Family History (Reviewed, updated)

Patient reports there is no relevant family history.

## Social History (Reviewed, updated)

The patient is right-handed.
Preferred language is English.

## Education/Employment/Occupation

| Employment | Emp. History | Emp Status | Retire Date | Restrictions |
|---|---|---|---|---|
| | HR Director | | | |

## Martial Status/Family/social Support

Currently married.
Smoking status: Never smoker.

No passive smoke exposure.

ALCOHOL
The patient formerly drank alcohol.
Type: Wine.
CAFFEINE
The patient uses caffeine: coffee and tea. - 2 cups a day.
LIFESTYLE
Never exercises.

Patient agrees to transfusion.

## Medication Reconciliation

| Medication | Start Date | Date Stopped | Sig Desc | Comment |
|---|---|---|---|---|
| escitalopram 10 mg tablet | | | take 1 tablet by oral route every day | taking as directed |
| lorazepam 1 mg tablet | | | take 1 tablet by oral route 2 times every day as needed | taking as directed |

## Allergies

Reviewed, no changes.

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| PSEUDOEPHEDRINE HCL | rash | Actifed | |
| TRIPROLIDINE HCL | rash | Actifed | |
| SULFA (SULFONAMIDE ANTIBIOTICS) | Rash | | |

## Vital Signs

| Time | BP mm/Hg | Pulse /min | Resp /min | Temp F | Ht ft | Ht in | Ht cm | Wt lb | Wt kg | BMI kg/m2 | BSA m2 | O2 Sat% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1:51 PM | 132/68 | 88 | | 97.8 | 5.0 | 5.00 | 165.10 | 171.00 | 77.564 | 28.46 | | 98 |

MEASURED BY

| Time | Measured by |
|---|---|
| 1:51 PM | Lauren McKay |

## Physical Exam

| Exam | Findings | Details |
|---|---|---|
| Constitutional | Normal | No acute distress. Well nourished. Well developed. |
| Eyes | Normal | Conjunctiva - Right: Normal, Left: Normal. Pupil - Right: Normal, Left: Normal. |
| Ears | Normal | Inspection - Right: Normal, Left: Normal. Canal - Right: Normal, Left: Normal. TM - Right: Normal, Left: Normal. Hearing - Right: Normal, Left: Normal. |
| Nasopharynx | * | Tonsils - absent. |
| Nasopharynx | Normal | External nose - Normal. Lips/teeth/gums - Normal. Oropharynx - Normal. |
| Neck Exam | Normal | Inspection - Normal. Palpation - Normal. |
| Lymph Detail | * | Anterior cervical - Right - Features: enlarged, nonTTP. |
| Respiratory | Normal | Auscultation - Normal. Effort - Normal. |
| Cardiovascular | Normal | Regular rate and rhythm. No murmurs, gallops, or rubs. |
| Musculoskeletal | Normal | Visual overview of all four extremities is normal. Gait - Normal. Cervical spine - Normal. |
| Neurological | Normal | Memory - Normal. Sensory - Normal. |
| Psychiatric | Normal | Orientation - Oriented to time, place, person & situation. Appropriate mood and affect. Normal insight. Normal judgment. |

## Completed Orders (this encounter)

| # | Detail Type | Description |
|---|---|---|
| 1. | Order | Strep a assay w/optic |
| | Interpretation | negative |

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Acute pharyngitis, unspecified (J02.9). |
| | Patient Plan | strep test is negative<br>will treat with amoxil<br>salt water gargle, lemon honey tea, cough drops, cepacol advil or tylenol for pain as needed<br>if symptoms do not improve in 5 days return to clinic sooner if symptoms worsen |
| | Plan Orders | The patient is to have Rapid Strep and Strep a assay w/optic performed today. |

## Medications (Added, Continued or Stopped this visit)

### Started Today

| Start Date | Medication | Sig Desc | Instruction | Stop Date |
|---|---|---|---|---|
| 02/05/2016 | amoxicillin 875 mg tablet | take 1 tablet by oral route every 12 hours | | |

### Continued Today

| Start Date | Medication | Directions | Instruction | Stop Date |
|---|---|---|---|---|
| | escitalopram 10 mg tablet | take 1 tablet by oral route every day | | |
| | lorazepam 1 mg tablet | take 1 tablet by oral route 2 times every day as needed | | |

The patient was checked out at 4:36 PM by Altavias Anderson.
The following were given to the patient or verified prior to patient leaving the office: prescriptions and office service orders.

**Provider:** Thanh Phan PA 02/05/2016 04:36 PM

Document generated by: Altavias Anderson 02/05/2016 04:36 PM EST.

15950 Eldorado Parkway Suite 400
Frisco, TX 75035
Phone: (214) 390-5368 / Fax: (972) 547-0513

Electronically signed by Thanh Phan PA on 02/05/2016 05:47 PM

centennial
*family medicine at cross fields*

John L. Washburn, M.D.
Thanh Phan, P.A.

| | |
|---|---|
| **Patient:** | **Heather Mercado** |
| **Date of Birth:** | **10/08/1973** |
| **Date:** | **11/30/2015 10:45 AM** |
| **Visit Type:** | **Office Visit** |

This 42 year old female presents for syncope.

## History of Present Illness

1. syncope

Onset was 1 day ago. The severity is moderate-severe. The duration of the symptoms is 3 Hours. The problem has become worse. Initial symptoms include: blurred vision, diaphoresis, floating sensation, imbalance, light-headed, loss of consciousness and nausea. Denies aggravating factors. Denies relieving factors. Associated symptoms include fatigue. Pertinent negatives include cough, drooling, dysphagia and excessive throat clearing. Additional information: Vision problems starting yesterday, became more acute this AM. Lost consciousness and fell, hit her head on the door. Here today still with vision problems, not feeling well, nauseated. CONFUSION about time and place.

## Review of Systems

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Positive | Fatigue. |
| ENMT | Negative | Dysphagia and excessive throat clearing. |
| Respiratory | Negative | Cough. |
| Neuro | Negative | Drooling. |

## Problem List

| Problem Description | Onset Date | Chronic | Notes |
|---|---|---|---|
| Sleep disorder | 06/20/2013 | Y | |
| Onychomycosis | 06/20/2013 | Y | |
| Obesity | 06/20/2013 | Y | |
| Anxiety | 06/20/2013 | Y | |
| Pharyngitis | 10/30/2015 | N | |
| Dermatitis | 06/20/2013 | Y | |

## Past Medical/Surgical History (Reviewed, updated)

| Disease/disorder | Onset Date | Management | Date | Comments |
|---|---|---|---|---|
| Medical: Anxiety/Panic Attacks | 06/01/2012 | | | |
| Medical: HTN | 06/01/2012 | | | |
| Surgeries: Tonsillectomy | 1993 | | | |
| Vaccines: Tetanus | 2007 | Due: | 2017 | |

## Family History (Reviewed, updated)

Patient reports there is no relevant family history.

## Social History (Reviewed, updated)

Tobacco use reviewed.
The patient is right-handed.
Preferred language is English.

## Education/Employment/Occupation

| Employment | Emp. History | Emp Status | Retire Date | Restrictions |
|---|---|---|---|---|
| | HR Director | | | |

## Martial Status/Family/social Support

Currently married.
Smoking status: Never smoker.

Smoking Status

| Use Status | Type | Smoking Status | Usage Per Day | Years Used | Total Pack Years |
|---|---|---|---|---|---|
| no/never | | Never smoker | | | |

No passive smoke exposure.

ALCOHOL
The patient formerly drank alcohol.
Type: Wine.
CAFFEINE
The patient uses caffeine: coffee and tea. - 2 cups a day.
LIFESTYLE
Never exercises.

Patient agrees to transfusion.

## Medication Reconciliation

| Medication | Start Date | Date Stopped | Sig Desc | Comment |
|---|---|---|---|---|
| Adipex-P 37.5 mg tablet | 10/05/2015 | 03/30/2016 | take 1 tablet by oral route every day before breakfast | taking as directed |
| Cipro 500 mg tablet | 10/05/2015 | | take 1 tablet by oral route every 12 hours | taking as directed |
| escitalopram 10 mg tablet | | | take 1 tablet by oral route every day | taking as directed |
| lorazepam 1 mg tablet | | | take 1 tablet by oral route 2 times every day as needed | taking as directed |

## Allergies

Reviewed, no changes.

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| PSEUDOEPHEDRIN E HCL | rash | Actifed | |
| TRIPROLIDINE HCL | rash | Actifed | |
| SULFA (SULFONAMIDE ANTIBIOTICS) | Rash | | |

## Vital Signs

| Time | BP mm/Hg | Pulse /min | Resp /min | Temp F | Ht ft | Ht in | Ht cm | Wt lb | Wt kg | BMI kg/m2 | BSA m2 | O2 Sat% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11:28 AM | 118/74 | 8114 | 16 | 99.0 | 5.0 | 5.00 | 165.10 | 162.00 | 73.482 | 26.96 | | 99 |

MEASURED BY

| Time | Measured by |
|---|---|
| 11:28 AM | Wendy Willis |

## Physical Exam

| Exam | Findings | Details |
|---|---|---|
| General Exam | Comments | Urine DIP NORMAL. There is a large hematomatous swelling on forehead about 4x5cm. No crepitus. |
| Constitutional | * | Overall appearance - ill appearing. |
| Eyes | Normal | Pupil - Right: Normal, Left: Normal. |
| Respiratory | Normal | Inspection - Normal. Auscultation - Normal. Effort - Normal. |
| Cardiovascular | Normal | Regular rate and rhythm. No murmurs, gallops, or rubs. |
| Vascular | Normal | Capillary refill - Less than 2 seconds. |
| Psychiatric | Normal | Appropriate mood and affect. Normal insight. Normal judgment. |

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Syncope, unspecified syncope type (R55). |
| | Impression | Referred to ER for evaluation given acute loss of consciousness, confusion and head injury. Family member here to drive her. |
| 2. | Assessment | Loss of consciousness (R40.20). |

## Medications (Added, Continued or Stopped this visit)

### Continued Today

| Start Date | Medication | Directions | Instruction | Stop Date |
|---|---|---|---|---|
| | escitalopram 10 mg tablet | take 1 tablet by oral route every day | | |
| | lorazepam 1 mg tablet | take 1 tablet by oral route 2 times every day as needed | | |

### Stopped Today

| Start Date | Medication | Directions | Instruction | Stop Date |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 10/05/2015 | Cipro 500 mg tablet | take 1 tablet by oral route every 12 hours | | 11/30/2015 |
| 10/05/2015 | Adipex-P 37.5 mg tablet | take 1 tablet by oral route every day before breakfast | | 11/30/2015 |

The patient was checked out at 1:19 PM by Altavias Anderson.
The following were given to the patient or verified prior to patient leaving the office: prescriptions.

**Provider:** John Washburn MD 11/30/2015 03:09 PM

Document generated by: John Washburn 11/30/2015 03:09 PM EST.

15950 Eldorado Parkway Suite 400
Frisco, TX 75035
Phone: (214) 390-5388 / Fax: (972) 547-0513

Electronically signed by John Washburn MD on 11/30/2015 04:23 PM

centennial
*family medicine at the frisco*

John L. Washburn, M.D.
Thanh Phan, P.A.

**Patient:** Heather Mercado
**Date of Birth:** 10/08/1973
**Date:** 10/30/2015 02:00 PM
**Historian:** self
**Visit Type:** Office Visit

This 42 year old female presents for Sore throat.

## History of Present Illness

1. Sore throat

Onset: 3 Days. The severity of the problem is moderate. The problem has worsened. Symptoms are associated with sick family member. The denies relieving factors. Associated symptoms include fatigue, fever, headache, myalgia and pharyngitis. Pertinent negatives include cough, dyspnea, otalgia, postnasal drainage or rash. Additional information: Children are sick as well, similar symptoms.

## Review of Systems

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Positive | Fatigue, Fever. |
| ENMT | Positive | Pharyngitis. |
| ENMT | Negative | Otalgia and post-nasal drainage. |
| Respiratory | Negative | Cough, dyspnea and pleuritic pain. |
| Neuro | Positive | Headache. |
| Integumentary | Negative | Rash. |
| MS | Positive | Myalgia. |

## Problem List

| Problem Description | Onset Date | Chronic | Notes |
|---|---|---|---|
| Anxiety | 06/20/2013 | Y | |
| Obesity | 06/20/2013 | Y | |
| Onychomycosis | 06/20/2013 | Y | |
| Dermatitis | 06/20/2013 | Y | |
| Sleep disorder | 06/20/2013 | Y | |
| Pharyngitis | 10/30/2015 | N | |

## Past Medical/Surgical History (Reviewed, updated)

| Disease/disorder | Onset Date | Management | Date | Comments |
|---|---|---|---|---|
| Medical: Anxiety/Panic Attacks | 06/01/2012 | | | |
| Medical: HTN | 06/01/2012 | | | |
| Surgeries: Tonsillectomy | 1993 | | | |
| Vaccines: Tetanus | 2007 | Due: | 2017 | |

## Family History (Reviewed, updated)

## Social History (Reviewed, updated)

The patient is right-handed.
Preferred language is English.

## Education/Employment/Occupation

| Employment | Emp. History | Emp Status | Retire Date | Restrictions |
|---|---|---|---|---|
| | HR Director | | | |

## Martial Status/Family/social Support

Currently married.
Smoking status: Never smoker.

No passive smoke exposure.

CAFFEINE
The patient uses caffeine: coffee and tea. - 2 cups a day.
LIFESTYLE
Never exercises.

Patient agrees to transfusion.

## Medication Reconciliation

| Medication | Start Date | Date Stopped | Sig Desc | Comment |
|---|---|---|---|---|
| Adipex-P 37.5 mg tablet | 10/05/2015 | 03/30/2016 | take 1 tablet by oral route every day before breakfast | taking as directed |
| Cipro 500 mg tablet | 10/05/2015 | | take 1 tablet by oral route every 12 hours | taking as directed |
| escitalopram 10 mg tablet | | | take 1 tablet by oral route every day | taking as directed |
| lorazepam 1 mg tablet | | | take 1 tablet by oral route 2 times every day as needed | taking as directed |

## Allergies

Reviewed, no changes.

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| PSEUDOEPHEDRINE HCL | rash | Actifed | |
| TRIPROLIDINE HCL | rash | Actifed | |
| SULFA (SULFONAMIDE | Rash | | |

ANTIBIOTICS)

## Vital Signs

| Time | BP mm/Hg | Pulse /min | Resp /min | Temp F | Ht ft | Ht in | Ht cm | Wt lb | Wt kg | BMI kg/m2 | BSA m2 | O2 Sat% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2:35 PM | 132/70 | 89 | | 97.7 | 5.0 | 5.00 | 165.10 | 169.00 | 76.657 | 28.12 | | 98 |

MEASURED BY

| Time | Measured by |
|---|---|
| 2:35 PM | Lauren McKay |

## Physical Exam

| Exam | Findings | Details |
|---|---|---|
| General Exam | Comments | STREP TEST NEGATIVE |
| Constitutional | Normal | Well developed. |
| Eyes | Normal | Conjunctiva - Right: Normal, Left: Normal. |
| Ears | Normal | Inspection - Right: Normal, Left: Normal. Canal - Right: Normal, Left: Normal. TM - Right: Normal, Left: Normal. |
| Nasopharynx | * | Oropharynx - erythema. |
| Nose/Mouth/Throat | * | Oropharynx - erythema. |
| Nose/Mouth/Throat | Normal | External nose - Normal. Nares - Right: Normal, Left: Normal. Nasal Mucosa - Normal. |
| Nasopharynx | Normal | External nose - Normal. |
| Neck Exam | Normal | Inspection - Normal. Palpation - Normal. |
| Lymph Detail | Normal | No cervical or supraclavicular adenopathy. |
| Respiratory | Normal | Inspection - Normal. Auscultation - Normal. Effort - Normal. |
| Cardiovascular | Normal | Regular rate and rhythm. No murmurs, gallops, or rubs. |
| Abdomen | Normal | Inspection - Normal. |
| Psychiatric | Normal | Appropriate mood and affect. |

## Completed Orders (this encounter)

| # | Detail Type | Description |
|---|---|---|
| 1. | Order | Strep a assay w/optic |
| | Interpretation | negative |

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Pharyngitis (J02.9). |
| | Impression | Amoxil ; po fluids, OTC cough and cold and fever control. RTC with new or worsening symptoms |
| | Plan Orders | The patient is to have Strep a assay w/optic performed today. |

## Medications (Added, Continued,or Stopped This Visit)

### Started Today

| Start Date | Medication | Directions | Instruction | Stop Date |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 10/30/2015 | amoxicillin 875 mg tablet | take 1 tablet by oral route every 12 hours | | 11/08/2015 |

## Continued Today

| Start Date | Medication | Directions | Instruction | Stop Date |
|---|---|---|---|---|
| | escitalopram 10 mg tablet | take 1 tablet by oral route every day | | |
| | lorazepam 1 mg tablet | take 1 tablet by oral route 2 times every day as needed | | |
| 10/05/2015 | Cipro 500 mg tablet | take 1 tablet by oral route every 12 hours | | |
| 10/05/2015 | Adipex-P 37.5 mg tablet | take 1 tablet by oral route every day before breakfast | | 03/30/2016 |

The patient was checked out at 6:31 PM by Altavias Anderson.
The following were given to the patient or verified prior to patient leaving the office: prescriptions and office service orders.

**Provider:** John Washburn MD 10/30/2015 06:31 PM

Document generated by: Altavias Anderson 10/30/2015 06:31 PM EST.

18960 Eldorado Parkway Suite 400
Frisco, TX 75035
Phone: (214) 390-5388 / Fax: (972) 547-0513

Electronically signed by John Washburn MD on 11/02/2015 08:52 AM

centennial
family medical center

John L. Washburn, M.D.
Thanh Phan, P.A.

| | |
|---|---|
| **Patient:** | **Heather Mercado** |
| **Date of Birth:** | **10/08/1973** |
| **Date:** | **10/05/2015 06:00 PM** |
| **Historian:** | **self** |
| **Visit Type:** | **Office Visit** |

This 41 year old female presents for UTI and c/o weight gain.

## History of Present Illness

1. UTI

Onset: 2 Days. The severity of the problem is moderate. The problem has worsened. The symptoms are constant. Presenting/Initial symptoms include abdominal pain, burning, dribbling, dysuria and frequency. Associated symptoms include dysuria, fever, frequency and nausea. Pertinent negatives include abdominal pain or flank pain. Additional information: Subjective fever. Some flank pain. Last UTI about 5 yrs ago.

2. c/o weight gain

The symptoms began 2 months ago. The symptoms are reported as being mild. The symptoms occur daily. The location is weight. She states the symptoms are acute. 15 lbs in the past month. Has previously done very well on Adipex and wants another Rx. No side effects or problems with the med.

## Review of Systems

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Positive | Fever, Weight gain. |
| Eyes | Negative | Vision changes. |
| Respiratory | Negative | Dyspnea. |
| Cardio | Negative | Chest pain and edema. |
| GI | Positive | Nausea. |
| GI | Negative | Abdominal pain. |
| GU | Positive | Back pain, Dysuria, Urinary frequency. |
| GU | Negative | Flank pain. |
| Integumentary | Negative | Rash. |

## Problem List

| Problem Description | Onset Date | Chronic | Notes |
|---|---|---|---|
| Anxiety | 06/20/2013 | Y | |
| Obesity | 06/20/2013 | Y | |
| Onychomycosis | 06/20/2013 | Y | |
| Dermatitis | 06/20/2013 | Y | |
| Sleep disorder | 06/20/2013 | Y | |

## Past Medical/Surgical History (Reviewed, updated)

| Disease/disorder | Onset Date | Management | Date | Comments |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| Medical: Anxiety/Panic Attacks | 06/01/2012 | | |
| Medical: HTN | 06/01/2012 | | |
| Surgeries: Tonsillectomy | 1993 | | |
| Vaccines: Tetanus | 2007 | Due: | 2017 |

## Family History (Reviewed, updated)

## Social History (Reviewed, updated)

The patient is right-handed.
Preferred language is English.

## Education/Employment/Occupation

| Employment | Emp. History | Emp Status | Retire Date | Restrictions |
|---|---|---|---|---|
| | HR Director | | | |

## Martial Status/Family/social Support

Currently married.
Smoking status: Never smoker.

No passive smoke exposure.

CAFFEINE
The patient uses caffeine: coffee and tea. - 2 cups a day.
LIFESTYLE
Never exercises.

Patient agrees to transfusion.

## Medication Reconciliation

| Medication | Start Date | Date Stopped | Sig Desc | Comment |
|---|---|---|---|---|
| escitalopram 10 mg tablet | | | take 1 tablet by oral route every day | taking as directed |
| lorazepam 1 mg tablet | | | take 1 tablet by oral route 2 times every day as needed | taking as directed |

## Allergies

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| PSEUDOEPHEDRINE HCL | rash | Actifed | |
| TRIPROLIDINE HCL | rash | Actifed | |
| SULFA (SULFONAMIDE | Rash | | |

ANTIBIOTICS)

## Vital Signs

| Time | BP mm/Hg | Pulse /min | Resp /min | Temp F | Ht ft | Ht in | Ht cm | Wt lb | Wt kg | BMI kg/m2 | BSA m2 | O2 Sat% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6:22 PM | 136/78 | 81 | | 99.1 | 5.0 | 5.00 | 165.10 | 175.00 | 79.379 | 29.12 | | 98 |

MEASURED BY

| Time | Measured by |
|---|---|
| 6:22 PM | Lauren McKay |

## Physical Exam

| Exam | Findings | Details |
|---|---|---|
| Constitutional | Comments | UA dip with 10+ LE. Sent for culture |
| Constitutional | Normal | Well developed. |
| Respiratory | Normal | Inspection - Normal. Auscultation - Normal. Effort - Normal. |
| Cardiovascular | Normal | Regular rate and rhythm. No murmurs, gallops, or rubs. |
| Vascular | Normal | Capillary refill - Less than 2 seconds. |
| Abdomen | Normal | Inspection - Normal. |
| Psychiatric | Normal | Appropriate mood and affect. |

## Completed Orders (this encounter)

| # | Detail Type | Description |
|---|---|---|
| 1. | Order | URINALYSIS DIP STICK/TABLET RGNT AUTO W/O MICRO |

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Acute cystitis with hematuria (N30.01). |
| | Impression | Cipro BID for 7 days given the systemic symptoms. Await culture results |
| | Plan Orders | Urine culture and sensitivity to be performed today. She will be scheduled for URINALYSIS DIP STICK/TABLET RGNT AUTO W/O MICRO today. |
| 2. | Assessment | Weight gain (R63.5). |
| | Impression | Discuss RVB and renew PHENTERMINE rx |
| | Patient Plan | I discussed the risks of this medication including sudden cardiac death and fatal arrythmia. Any weight loss achieved will be gained back if lifestyle isn't modified to be conducive to weight loss. Advised against any other stimulants like caffeine and nicotine. RTC at once with CP or palpitations. I recommend against using this medication any longer than two MONTHs. |

## Medications (Added, Continued,or Stopped This Visit)

### Started Today

| Start Date | Medication | Directions | Instruction | Stop Date |
|---|---|---|---|---|
| 10/05/2015 | Cipro 500 mg tablet | take 1 tablet by oral route every 12 hours | | |

| | | | | |
|---|---|---|---|---|
| 10/05/2015 | Adipex-P 37.5 mg tablet | take 1 tablet by oral route every day before breakfast | | 03/30/2016 |

## Continued Today

| Start Date | Medication | Directions | Instruction | Stop Date |
|---|---|---|---|---|
| | escitalopram 10 mg tablet | take 1 tablet by oral route every day | | |
| | lorazepam 1 mg tablet | take 1 tablet by oral route 2 times every day as needed | | |

The patient was checked out at 7:18 PM by Lauren McKay.
The following were given to the patient or verified prior to patient leaving the office: lab orders, office service orders and procedures.

**Provider:** John Washburn MD 10/05/2015 07:18 PM

Document generated by: Lauren McKay 10/05/2015 07:18 PM EST.

15950 Eldorado Parkway Suite 400
Frisco, TX 75035
Phone: (214) 390-5380 / Fax: (972) 547-0513

Electronically signed by John Washburn MD on 10/05/2015 07:46 PM

centennial
*family medicine at coit frisco*

John L. Washburn, M.D.
Thanh Pham, P.A.

| | |
|---|---|
| **Patient:** | **Heather Mercado** |
| **Date of Birth:** | **10/08/1973** |
| **Date:** | **09/18/2015 11:30 AM** |
| **Visit Type:** | **Office Visit** |

This 41 year old female presents for Sinus symptoms (acute).

## History of Present Illness

1. Sinus symptoms (acute)

Onset: 1 Week. The severity of the problem is moderate. The problem has worsened. Pertinent/initial symptoms include facial pain, facial pressure and purulent sinus drainage. Symptoms are associated with recurrent sinus infections. Symptoms are not associated with tobacco use. Aggravating factors include leaning forward. Associated symptoms include fever, headache, nasal drainage, postnasal drainage, rhinorrhea and sinus pressure.

## Review of Systems

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Positive | Fever. |
| Constitutional | Negative | Malaise. |
| ENMT | Positive | Nasal drainage, Post-nasal drainage, Rhinorrhea, Sinus pressure, Sore throat. |
| Respiratory | Negative | Dyspnea. |
| Neuro | Positive | Headache. |
| Neuro | Negative | Dizziness. |
| Integumentary | Negative | Rash. |

## Problem List

| Problem Description | Onset Date | Chronic | Notes |
|---|---|---|---|
| Anxiety | 06/20/2013 | Y | |
| Obesity | 06/20/2013 | Y | |
| Onychomycosis | 06/20/2013 | Y | |
| Dermatitis | 06/20/2013 | Y | |
| Sleep disorder | 06/20/2013 | Y | |

## Past Medical/Surgical History (Reviewed, updated)

| Disease/disorder | Onset Date | Management | Date | Comments |
|---|---|---|---|---|
| Medical: Anxiety/Panic Attacks | 06/01/2012 | | | |
| Medical: HTN | 06/01/2012 | | | |
| Surgeries: Tonsillectomy | 1993 | | | |
| Vaccines: Tetanus | 2007 | Due: | 2017 | |

* * * ERROR REPORT ( JUL. 14. 2016 9:17AM ) * * *

FAX HEADER: SHAPIRO LAW FIRM

| FILE | PERSONAL NAME | ADDRESS | MODE | TIME | PAGE | RESULT |
|---|---|---|---|---|---|---|
| 965 | | 12145948810 | RD | 38´40" | P. 55 | E |

| PAGE NOT RECEIVED | QUICK SERVICE CODE |
|---|---|
| P. 55 | 00-23 |

# :BATCH
L :SEND LATER
D :DETAIL

C :CONFIDENTIAL
@ :FORWARDING
F :FINE

P :POLLING
E :ECM

M :MEMORY TX
S :STANDARD

# FAX COVER SHEET

| | |
|---|---|
| TO | Todd Shapiro |
| COMPANY | Todd Shapiro law firm |
| FAXNUMBER | 19724230077 |
| FROM | ClintSatchell |
| DATE | 2016-07-14 13:46:11 GMT |
| RE | Heather Mercado |

## COVER MESSAGE

Medical records

centennial
*family medicine at east frisco*

John L. Washburn, M.D.
Thanh Phan, P.A.

| | |
|---|---|
| **Patient:** | **Heather Mercado** |
| **Date of Birth:** | **10/08/1973** |
| **Date:** | **09/18/2015 11:30 AM** |
| **Visit Type:** | **Office Visit** |

This 41 year old female presents for Sinus symptoms (acute).

## History of Present Illness

1. Sinus symptoms (acute)

Onset: 1 Week. The severity of the problem is moderate. The problem has worsened. Pertinent/initial symptoms include facial pain, facial pressure and purulent sinus drainage. Symptoms are associated with recurrent sinus infections. Symptoms are not associated with tobacco use. Aggravating factors include leaning forward. Associated symptoms include fever, headache, nasal drainage, postnasal drainage, rhinorrhea and sinus pressure.

## Review of Systems

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Positive | Fever. |
| Constitutional | Negative | Malaise. |
| ENMT | Positive | Nasal drainage, Post-nasal drainage, Rhinorrhea, Sinus pressure, Sore throat. |
| Respiratory | Negative | Dyspnea. |
| Neuro | Positive | Headache. |
| Neuro | Negative | Dizziness. |
| Integumentary | Negative | Rash. |

## Problem List

| Problem Description | Onset Date | Chronic | Notes |
|---|---|---|---|
| Anxiety | 06/20/2013 | Y | |
| Obesity | 06/20/2013 | Y | |
| Onychomycosis | 06/20/2013 | Y | |
| Dermatitis | 06/20/2013 | Y | |
| Sleep disorder | 06/20/2013 | Y | |

## Past Medical/Surgical History (Reviewed, updated)

| Disease/disorder | Onset Date | Management | Date | Comments |
|---|---|---|---|---|
| Medical: Anxiety/Panic Attacks | 06/01/2012 | | | |
| Medical: HTN | 06/01/2012 | | | |
| Surgeries: Tonsillectomy | 1993 | | | |
| Vaccines: Tetanus | 2007 | Due: | 2017 | |

## Family History (Reviewed, updated)

Patient reports there is no relevant family history.

## Social History (Reviewed, updated)

Tobacco use reviewed.
The patient is right-handed.
Preferred language is English.

## Education/Employment/Occupation

| Employment | Emp. History | Emp Status | Retire Date | Restrictions |
|---|---|---|---|---|
| | HR Director | | | |

## Martial Status/Family/social Support

Currently married.
Smoking status: Never smoker.

Smoking Status

| Use Status | Type | Smoking Status | Usage Per Day | Years Used | Total Pack Years |
|---|---|---|---|---|---|
| no/never | | Never smoker | | | |

No passive smoke exposure.

CAFFEINE
The patient uses caffeine: coffee and tea. - 2 cups a day.
LIFESTYLE
Never exercises.

Patient agrees to transfusion.

## Medication Reconciliation

| Medication | Start Date | Date Stopped | Sig Desc | Comment |
|---|---|---|---|---|
| escitalopram 10 mg tablet | | | take 1 tablet by oral route every day | taking as directed |
| lorazepam 1 mg tablet | | | take 1 tablet by oral route 2 times every day as needed | taking as directed |
| Medrol (Pak) 4 mg tablets in a dose pack | 09/10/2015 | 09/19/2015 | Take as directed by package instructions x 6 days | taking as directed |

## Allergies

Reviewed, no changes.

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| PSEUDOEPHEDRINE HCL | rash | Actifed | |
| TRIPROLIDINE HCL | rash | Actifed | |

SULFA (SULFONAMIDE ANTIBIOTICS) Rash

## Vital Signs

| Time | BP mm/Hg | Pulse /min | Resp /min | Temp F | Ht ft | Ht in | Ht cm | Wt lb | Wt kg | BMI kg/m2 | BSA m2 | O2 Sat% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12:00 PM | 124/78 | 94 | 12 | 98.8 | 5.0 | 5.00 | 165.10 | 163.00 | 73.936 | 27.12 | | 98 |

MEASURED BY

| Time | Measured by |
|---|---|
| 12:00 PM | Wendy Willis |

## Physical Exam

| Exam | Findings | Details |
|---|---|---|
| Constitutional | Comments | STREP TEST NEGATIVE |
| Constitutional | Normal | No acute distress. Well developed. |
| Eyes | Normal | Conjunctiva - Right: Normal, Left: Normal. |
| Ears | Normal | Inspection - Right: Normal, Left: Normal. Canal - Right: Normal, Left: Normal. TM - Right: Normal, Left: Normal. |
| Nose/Mouth/Throat | * | Nasal Mucosa - edema, discharge - purulent. Sinuses - Right: tender maxillary, Left: tender maxillary. Turbinates - Right: mild hypertrophy, Left: mild hypertrophy. Oropharynx - cobblestoning. |
| Nasopharynx | * | Oropharynx - cobblestoning. |
| Nasopharynx | Normal | External nose - Normal. |
| Nose/Mouth/Throat | Normal | External nose - Normal. Nares - Right: Normal, Left: Normal. |
| Respiratory | Normal | Inspection - Normal. Auscultation - Normal. Effort - Normal. |
| Cardiovascular | Normal | Regular rate and rhythm. No murmurs, gallops, or rubs. |

## Completed Orders (this encounter)

| # | Detail Type | Description |
|---|---|---|
| 1. | Order | Strep a assay w/optic |
| | Interpretation | negative |
| 2. | Order | Dexamethasone sodium phosphate inj 1mg |
| | Details | 4mg 2 ml IM left glut<br>Lot 6110838 9/2016 |
| | Side | left |
| | Interpretation | see detail |
| | Result | Pt observed for 10 minutes post injection with no sign of complication.KH |
| | Region | buttock |

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Acute sinusitis (461.9). |
| | Patient Plan | Amoxil 875mg po BID. Decadron 8mg IM x 1 for moderate to severe sinus pain and upper airway congestion. Po fluids at home. OTC cough and cold for symptomatic relief. Tylenol/Motrin OTC for pain and fever control. Rest. Infection control discussed. RTC if patient develops SOB, burning pain with breathing, fever >101 or other symptoms of pneumonia. RTC if symptoms don't improve within 2 weekks. |
| | Plan Orders | Medications ordered today include(s) Dexamethasone sodium phosphate inj 1mg to be |

administered today. The patient had the following test(s) completed today Strep a assay w/optic.

## Medications (Added, Continued,or Stopped This Visit)

### Started Today

| Start Date | Medication | Directions | Instruction | Stop Date |
|---|---|---|---|---|
| 09/18/2015 | amoxicillin 875 mg tablet | take 1 tablet by oral route every 12 hours | | 09/27/2015 |

### Continued Today

| Start Date | Medication | Directions | Instruction | Stop Date |
|---|---|---|---|---|
| | escitalopram 10 mg tablet | take 1 tablet by oral route every day | | |
| | lorazepam 1 mg tablet | take 1 tablet by oral route 2 times every day as needed | | |

### Stopped Today

| Start Date | Medication | Directions | Instruction | Stop Date |
|---|---|---|---|---|
| 09/10/2015 | Medrol (Pak) 4 mg tablets in a dose pack | Take as directed by package instructions x 6 days | | 09/18/2015 |

The patient was checked out at 4:36 PM by Wendy Willis.
The following were given to the patient or verified prior to patient leaving the office: prescriptions and office service orders.

**Provider:** John Washburn MD 09/18/2015 04:37 PM

Document generated by: Kelly Harrington 09/18/2015 04:37 PM EST.

15950 Eldorado Parkway Suite 600,
Frisco, TX 75035
Phone: (972)390-5388 / Fax: (972)547-0513

Electronically signed by John Washburn MD on 09/18/2015 05:09 PM

centennial

John L. Washburn, M.D.
Thanh Phan, P.A.

| | |
|---|---|
| **Patient:** | **Heather Mercado** |
| **Date of Birth:** | **10/08/1973** |
| **Date:** | **09/10/2015 03:45 PM** |
| **Visit Type:** | **Office Visit** |

This 41 year old female presents for eval rash.

## History of Present Illness

1. eval rash

The symptoms began 2 days ago. The location is skin. She states the symptoms are acute. On feet x 2 days. Red, burning, itchy, blisters. Happened once before and got better after a few days and topical steroids. No SOB. Seems to be worse this time around

## Review of Systems

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Negative | Fatigue. |
| Respiratory | Negative | Dyspnea. |
| Integumentary | Positive | Pruritus, Rash. |
| Integumentary | Negative | Hives. |

## Problem List

| Problem Description | Onset Date | Chronic | Notes |
|---|---|---|---|
| Anxiety | 06/20/2013 | Y | |
| Obesity | 06/20/2013 | Y | |
| Onychomycosis | 06/20/2013 | Y | |
| Dermatitis | 06/20/2013 | Y | |
| Sleep disorder | 06/20/2013 | Y | |

## Past Medical/Surgical History (Reviewed, updated)

| Disease/disorder | Onset Date | Management | Date | Comments |
|---|---|---|---|---|
| Medical: Anxiety/Panic Attacks | 06/01/2012 | | | |
| Medical: HTN | 06/01/2012 | | | |
| Surgeries: Tonsillectomy | 1993 | | | |
| Vaccines: Tetanus | 2007 | Due: | 2017 | |

## Family History (Reviewed, updated)

Patient reports there is no relevant family history.

## Social History (Reviewed, updated)

Tobacco use reviewed.
The patient is right-handed.
Preferred language is English.

## Education/Employment/Occupation

| Employment | Emp. History | Emp Status | Retire Date | Restrictions |
|---|---|---|---|---|
| | HR Director | | | |

## Martial Status/Family/social Support

Currently married.
Smoking status: Never smoker.

Smoking Status

| Use Status | Type | Smoking Status | Usage Per Day | Years Used | Total Pack Years |
|---|---|---|---|---|---|
| no/never | | Never smoker | | | |

No passive smoke exposure.

CAFFEINE
The patient uses caffeine: coffee and tea. - 2 cups a day.
LIFESTYLE
Never exercises.

Patient agrees to transfusion.

## Allergies

Reviewed, no changes.

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| PSEUDOEPHEDRINE HCL | rash | Actifed | |
| TRIPROLIDINE HCL | rash | Actifed | |
| SULFA (SULFONAMIDE ANTIBIOTICS) | Rash | | |

## Vital Signs

| Time | BP mm/Hg | Pulse /min | Resp /min | Temp F | Ht ft | Ht in | Ht cm | Wt lb | Wt kg | BMI kg/m2 | BSA m2 | O2 Sat% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5:32 PM | 120/80 | 79 | | 98.2 | 5.0 | 5.00 | 165.10 | 169.00 | 76.657 | 28.12 | | 98 |

MEASURED BY

| Time | Measured by |
|---|---|
| 5:32 PM | Kelly Harrington |

## Physical Exam

| Exam | Findings | Details |
|---|---|---|
| Constitutional | Normal | Well developed. |
| Respiratory | Normal | Effort - Normal. |
| Skin | * | Body areas examined - Left lower ext, Right lower ext. Rash - Description: maculopapular. |
| Skin | Comments | Raised well-demarcated macular-papular rash on dorsal feet bilaterally, in contact pattern, pruritic, excoriated, some small blisters noted. |
| Psychiatric | Normal | Appropriate mood and affect. |

## Completed Orders (this encounter)

| # | Detail Type | Description |
|---|---|---|
| 1. | Order | Dexamethasone sodium phosphate inj 1mg |
| | Details | 4mg 2 ml IM Left Glut |
| | Side | left |
| | Interpretation | see detail |
| | Result | pt observed for 10 minutes post injection showing no signs of complication.KH |
| | Region | buttock |

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Contact dermatitis (692.9). |
| | Impression | Discussed likely culprit being footwear. Treat with DECADRON 8mg IM followed by medrol DP, benadryl prn. RTC with new or worsening symptoms |
| | Plan Orders | Medications ordered today include(s) Dexamethasone sodium phosphate inj 1mg to be administered today. |

## Medications (Added, Continued,or Stopped This Visit)

### Started Today

| Start Date | Medication | Directions | Instruction | Stop Date |
|---|---|---|---|---|
| 09/10/2015 | Medrol (Pak) 4 mg tablets in a dose pack | Take as directed by package instructions x 6 days | | 09/19/2015 |

### Continued Today

| Start Date | Medication | Directions | Instruction | Stop Date |
|---|---|---|---|---|
| | escitalopram 10 mg tablet | take 1 tablet by oral route every day | | |
| | lorazepam 1 mg tablet | take 1 tablet by oral route 2 times every day as needed | | |

The patient was checked out at 5:59 PM by Kelly Harrington.
The following were given to the patient or verified prior to patient leaving the office: prescriptions and office service orders.

**Provider:** John Washburn MD 09/10/2015 06:00 PM

Document generated by: Kelly Harrington 09/10/2015 06:00 PM EST.

15050 Eldorado Parkway Suite 400,
Frisco, TX 75035
Phone: (972)390-5186 / Fax: (972)547-0513

Electronically signed by John Washburn MD on 09/11/2015 08:54 AM

centennial
family medicine at the frisco

John L. Washburn, M.D.
Thanh Phan, P.A.

**Patient:** Heather Mercado
**Date of Birth:** 10/08/1973
**Date:** 06/29/2015 05:00 PM
**Visit Type:** Office Visit

This 41 year old female presents for URI.

## History of Present Illness

1. URI

The symptoms began 2 days ago. The symptoms have worsened. The symptoms occur constantly. The patient presents with arthralgia, chills, cough, earache, fatigue, fever, generalized weakness, headache and pharyngitis. The patient does not present with abdominal pain, anorexia, diarrhea, lymphadenopathy, nausea or vomiting. Risk factors include sick contacts (home). The patient denies any aggravating factors. Interventions that have been tried have not provided any relief. The illness is associated with change in appetite and malaise. The patient denies constipation, dizziness, pruritus and rash. Additional information: 2 children have strep and ear infection was in florida last week.

## Review of Systems

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Positive | Change in appetite, Chills, Fatigue, Fever, Generalized weakness, Malaise. |
| ENMT | Positive | Nasal drainage, Otalgia, Pharyngitis, Sinus pressure, Sore throat. |
| ENMT | Negative | Dizziness, ear drainage and hearing loss. |
| Eyes | Negative | Eye discharge, eye pain and vision changes. |
| Respiratory | Positive | Cough. |
| Respiratory | Negative | Dyspnea and wheezing. |
| Cardio | Negative | Chest pain, claudication, edema and irregular heartbeat/palpitations. |
| GI | Negative | Abdominal pain, anorexia, blood in stool, change in stool pattern, constipation, decreased appetite, diarrhea, heartburn, nausea and vomiting. |
| GU | Negative | Hot flashes and irregular menses. |
| Endocrine | Negative | Cold intolerance, heat intolerance, polydipsia and polyphagia. |
| Neuro | Positive | Headache. |
| Neuro | Negative | Dizziness, extremity weakness, gait disturbance and numbness in extremity. |
| Psych | Negative | Anxiety, depression and insomnia. |
| Integumentary | Negative | Brittle hair, brittle nails, change in shape/size of mole(s), hair loss, hirsutism, hives, pruritus, rash and skin lesion. |
| MS | Positive | Arthralgias, Muscle weakness. |
| MS | Negative | Back pain, joint pain, joint swelling and neck pain. |
| Hema/Lymph | Negative | Easy bleeding, easy bruising and lymphadenopathy. |
| Allergic/Immuno | Negative | Contact allergy, environmental allergies, food allergies and seasonal allergies. |
| Reproductive | Negative | Breast discharge, breast lump(s), dysmenorrhea, dyspareunia, history of abnormal PAP smear and vaginal discharge. |

## Problem List

| Problem Description | Onset Date | Chronic | Notes |
|---|---|---|---|
| Anxiety | 06/20/2013 | Y | |
| Obesity | 06/20/2013 | Y | |
| Onychomycosis | 06/20/2013 | Y | |
| Dermatitis | 06/20/2013 | Y | |
| Sleep disorder | 06/20/2013 | Y | |

## Past Medical/Surgical History (Detailed)

| Disease/disorder | Onset Date | Management | Date | Comments |
|---|---|---|---|---|
| Medical: Anxiety/Panic Attacks | 06/01/2012 | | | |
| Medical: HTN | 06/01/2012 | | | |
| Surgeries: Tonsillectomy | 1993 | | | |
| Vaccines: Tetanus | 2007 | Due: | 2017 | |

## Gynecology History

Last menses was 06/15/2015.

## Family History (Detailed)

Patient reports there is no relevant family history.

## Social History (Detailed)

Tobacco use reviewed.
The patient is right-handed.
Preferred language is English.

## Education/Employment/Occupation

| Employment | Emp. History | Emp Status | Retire Date | Restrictions |
|---|---|---|---|---|
| | HR Director | | | |

## Martial Status/Family/social Support

Currently married.
Smoking status: Never smoker.

Smoking Status

| Use Status | Type | Smoking Status | Usage Per Day | Years Used | Total Pack Years |
|---|---|---|---|---|---|
| no/never | | Never smoker | | | |

No passive smoke exposure.

CAFFEINE
The patient uses caffeine: coffee and tea. - 2 cups a day.
LIFESTYLE
Never exercises.

Patient agrees to transfusion.

## Medication Reconciliation

| Medication | Start Date | Date Stopped | Sig Desc | Comment |
|---|---|---|---|---|
| escitalopram 10 mg tablet | | | take 1 tablet by oral route every day | taking as directed |
| lorazepam 1 mg tablet | | | take 1 tablet by oral route 2 times every day as needed | taking as directed |

## Allergies

Reviewed, updated.

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| PSEUDOEPHEDRINE HCL | rash | Actifed | |
| TRIPROLIDINE HCL | rash | Actifed | |
| SULFA (SULFONAMIDE ANTIBIOTICS) | Rash | | |

## Vital Signs

Last menses was 06/15/2015.

| Time | BP mm/Hg | Pulse /min | Resp /min | Temp F | Ht ft | Ht in | Ht cm | Wt lb | Wt kg | BMI kg/m2 | BSA m2 | O2 Sat% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6:35 PM | 110/70 | 82 | | 99.2 | 5.0 | 5.00 | 165.10 | 161.00 | 73.028 | 26.79 | | 99 |

MEASURED BY

| Time | Measured by |
|---|---|
| 6:35 PM | Tracy Crooks Cummings |

## Physical Exam

| Exam | Findings | Details |
|---|---|---|
| Constitutional | Normal | Well developed. |
| Eyes | Normal | Conjunctiva - Right: Normal, Left: Normal. Pupil - Right: Normal, Left: Normal. |
| Ears | Normal | Inspection - Right: Normal, Left: Normal. Canal - Right: Normal, Left: Normal. TM - Right: Normal, Left: Normal. Hearing - Right: Normal, Left: Normal. |
| Nasopharynx | Normal | External nose - Normal. Lips/teeth/gums - Normal. Tonsils - Normal. Oropharynx - Normal. |
| Neck Exam | Normal | Inspection - Normal. Palpation - Normal. Thyroid gland - Normal. |
| Lymph Detail | Normal | No cervical or supraclavicular adenopathy. |
| Breast | Normal | Inspection - Bilateral: Normal. Palpation - Bilateral: Normal. |
| Respiratory | Normal | Inspection - Normal. Auscultation - Normal. Effort - Normal. |
| Cardiovascular | Normal | Regular rate and rhythm. No murmurs, gallops, or rubs. |
| Vascular | Normal | Pulses - Radial: Normal, Dorsalis pedis: Normal. |
| Abdomen | Normal | Inspection - Normal. Auscultation - Normal. No abdominal tenderness. |

| | | |
|---|---|---|
| | | No hepatic enlargement. No splenic enlargement. |
| Skin | Normal | Inspection - Normal. |
| Musculoskeletal | Normal | Visual overview of all four extremities is normal. |
| Extremity | Normal | No edema. |
| Neurological | Normal | Memory - Normal. Sensory - Normal. DTRs - Normal. |
| Psychiatric | Normal | Orientation - Oriented to time, place, person & situation. Appropriate mood and affect. Normal insight. Normal judgment. |

## Completed Orders (this encounter)

| # | Detail Type | Description |
|---|---|---|
| 1. | Order | Influenza assay w/optic |
| | Interpretation | negative |

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Upper respiratory infection (465.9), Acute. |
| | Impression | motrin or tylenol for pain relief as needed cough drops lemon honey tea for cough relief delsym for cough relief nasal saline rinse for congestion relief. |
| | Plan Orders | She will be scheduled for Influenza assay w/optic. |

## Medications (Added, Continued,or Stopped This Visit)

### Continued Today

| Start Date | Medication | Directions | Instruction | Stop Date |
|---|---|---|---|---|
| | escitalopram 10 mg tablet | take 1 tablet by oral route every day | | |
| | lorazepam 1 mg tablet | take 1 tablet by oral route 2 times every day as needed | | |

### Stopped Today

| Start Date | Medication | Directions | Instruction | Stop Date |
|---|---|---|---|---|
| 01/06/2015 | Tamiflu 75 mg capsule | take 1 capsule (75MG) po BID x 5 days | | 06/29/2015 |

The patient was checked out at 7:15 PM by Tracy Crooks Cummings.

**Provider:** Thanh Phan PA 06/29/2015 07:44 PM

Document generated by: Tracy Crooks Cummings 06/29/2015 07:44 PM EST.

15950 Eldorado Parkway Suite 400,
Frisco, TX 75035
Phone: (972)390-5388 / Fax: (972)547-0513

Electronically signed by Thanh Phan PA on 06/29/2015 07:46 PM

Centennial Family Medicine at East Frisco
15950 Eldorado Parkway, Suite 400
Frisco, Texas 75035
Office: (214) 390-5368 Fax: (972) 547-0513
[illegible]

**Patient:** Heather Mercado
**Date of Birth:** 10/08/1973
**Date:** 01/06/2015 09:15 AM
**Visit Type:** Office Visit

This 41 year old female presents for eval cold.

## History of Present Illness

1. eval cold

The symptoms began 1 day ago. The symptoms are reported as being moderate. The symptoms occur constantly. The location is URI. Started yesterday, sudden onset. Temp up to 101. Body aches. Chills. Congestion/ear pressure and fullness. s/p breast augmentation one week ago, currently on Keflex. No redness or swelling or drainage at incision sites

No flu shot this year.
No dyspnea

## Review of Systems

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Positive | Chills, Fever, Malaise. |
| ENMT | Positive | Nasal drainage, Sinus pressure, Sore throat. |
| Respiratory | Positive | Cough. |
| Respiratory | Negative | Dyspnea. |
| Cardio | Negative | Chest pain. |
| GI | Negative | Abdominal pain. |
| Integumentary | Negative | Rash. |

## Problem List

| Problem Description | Onset Date | Chronic | Notes |
|---|---|---|---|
| Anxiety | 06/20/2013 | Y | |
| Obesity | 06/20/2013 | Y | |
| Onychomycosis | 06/20/2013 | Y | |
| Dermatitis | 06/20/2013 | Y | |
| Sleep disorder | 06/20/2013 | Y | |

## Medical/Surgical/Interim History

Reviewed, no change.
Last detailed document date:06/20/2013.

## Family History

Reviewed, no changes. Last detailed document: 06/20/2013.

## Social History

Reviewed, no changes. Last detailed document date: 06/20/2013.

## Allergies

Reviewed, no changes.

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| SULFA (SULFONAMIDE ANTIBIOTICS) | Rash | | |

## Vital Signs

| Time | BP mm/Hg | Pulse /min | Resp /min | Temp F | Ht ft | Ht in | Ht cm | Wt lb | Wt kg | BMI kg/m2 | BSA m2 | O2 Sat% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2:53 PM | 118/72 | 82 | | 98.4 | 5.0 | 5.00 | 165.10 | 167.40 | 75.931 | 27.86 | | 98 |

COMMENTS

| Time | Comments |
|---|---|
| 2:53 PM | obtained by Tracy |

MEASURED BY

| Time | Measured by |
|---|---|
| 2:53 PM | Kelly Harrington |

## Physical Exam

| Exam | Findings | Details |
|---|---|---|
| Constitutional | Comments | Flu test POSITIVE |
| Constitutional | Normal | No acute distress. Well developed. |
| Eyes | Normal | Conjunctiva - Right: Normal, Left: Normal. |
| Ears | Normal | Inspection - Right: Normal, Left: Normal. Canal - Right: Normal, Left: Normal. TM - Right: Normal, Left: Normal. |
| Nasopharynx | * | Oropharynx - cobblestoning. |
| Neck Exam | Normal | Inspection - Normal. Palpation - Normal. |
| Respiratory | Normal | Inspection - Normal. Auscultation - Normal. Effort - Normal. |
| Cardiovascular | Normal | Regular rate and rhythm. No murmurs, gallops, or rubs. |
| Vascular | Normal | Capillary refill - Less than 2 seconds. |
| Psychiatric | Normal | Appropriate mood and affect. Normal insight. Normal judgment. |

### Completed Orders (this encounter)

| Order | Details | Reason | Side | Interpretation | Result | Initial Treatment Date | Region |
|---|---|---|---|---|---|---|---|
| Influenza assay w/optic | | | | positive | Flu B | | |
| Instructed on rest and fluids | | | | | | | |

Assessment/Plan

| # | Detail Type | Description |
|---|---|---|

| | | |
|---|---|---|
| 1. | Assessment | Influenza (487.1). |
| | Impression | Tamiflu rx sent to pharmacy. Po fluid. Rest, OTC cough and cold. |
| | Provider Plan | Within 48 hour window for Tamiflu. I explained the risks and benefits, risks including N/V, headache, abnormal behavior, even possible psychotic episodes reported. Also explained that Tamiflu has never proven to reduce risk of complications like pneumonia, hospitalization and death. Benefits include reduction of symptoms by 24-36 hours. Advised to maintain good fluid intake and use tylenol/motrin for fever and body aches. INfection control. Any high-risk individual in the household will benefit from prophylaxis (children under age 5, elderly over age 65 and those with chronic medical illnesses). Advised to take the flu shot every year. |
| | Plan Orders | Today's instructions / counseling include(s) Instructed on rest and fluids. |
| 2. | Assessment | Fever (780.60). |
| | Plan Orders | The patient had the following test(s) completed today Influenza assay w/optic. |

## Medications (Added, Continued or Stopped this visit)

| Started | Medication | Directions | Instruction | Stopped |
|---|---|---|---|---|
| | escitalopram 10 mg tablet | take 1 tablet by oral route every day | | |
| | lorazepam 1 mg tablet | take 1 tablet by oral route 2 times every day as needed | | |
| 01/06/2015 | Tamiflu 75 mg capsule | take 1 capsule (75MG) po BID x 5 days | | |

The patient was checked out at 2:54 PM by John Washburn.

**Provider:** John Washburn MD 01/06/2015 02:55 PM
*Document generated by*: Kelly Harrington 01/06/2015 02:55 PM

Electronically signed by John Washburn MD on 01/06/2015 05:26 PM

Centennial Family Medicine at East Frisco
15950 Eldorado Parkway, Suite 400
Frisco, Texas 75035
Office: (214) 390-5385 Fax: (972) 547-0513
www.centennialfamilymedicine.com

| | |
|---|---|
| Patient: | Heather Mercado |
| Date of Birth: | 10/08/1973 |
| Date: | 04/22/2014 09:15 AM |
| Visit Type: | Office Visit |

The patient is a 40 year old female who presents with MED REFILL.

History of Present Illness:
1. MED REFILL
The symptoms are reported as being mild. Relieving factors include adipex. She states the symptoms are fairly controlled. On adipex for weight loss, has succeeded in losing 50 lbs. Needs renewal. No side effects, no palpitations or chest pain, no SOB. No increase or worsening of anxiety.

Review of Systems

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Positive | Weight gain. |
| Constitutional | Negative | Chills and fatigue. |
| ENMT | Negative | Sore throat. |
| Respiratory | Negative | Dyspnea and wheezing. |
| Cardio | Negative | Chest pain, claudication, edema and irregular heartbeat/palpitations. |
| GI | Negative | Abdominal pain, blood in stool, change in stool pattern, diarrhea and nausea. |
| Neuro | Negative | Dizziness. |
| Integumentary | Negative | Rash. |
| MS | Negative | Back pain. |

Chronic Conditions:
Sleep disorder
Dermatitis
Onychomycosis
Obesity
Anxiety

**Past Medical History**
Reviewed, no changes. Last detailed document: 06/20/2013.
**Family History**
Reviewed, no changes. Last detailed document: 06/20/2013.
Patient reports there is no relevant family history.
**Social History**
Reviewed, no changes. Last detailed document date: 06/20/2013.

Allergies:
Reviewed, no changes.

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| SULFA (SULFONAMIDE ANTIBIOTICS) | Rash | | |

## Vital Signs

| Time | BP mm/Hg | Pulse /min | Resp /min | Temp F | Ht ft | Ht in | Ht cm | Wt lb | Wt kg | BMI kg/m2 | BSA m2 | O2 Sat % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10:52 AM | 128/64 | 87 | | 98.8 | 0.0 | 65.00 | | 164.00 | 74.389 | 27.29 | | 97 |

**Measured By:**

| Time | Measured by |
|---|---|
| 10:52 AM | Tracy Crooks Cummings |

## Physical Exam

| System | Findings | Details |
|---|---|---|
| Respiratory | Normal | Inspection - Normal. Auscultation - Normal. Effort - Normal. |
| Vascular | Normal | Capillary refill - Less than 2 seconds. |
| Psychiatric | Normal | Appropriate mood and affect. Normal insight. Normal judgment. |
| Cardiovascular | Normal | Regular rate and rhythm. No murmurs, gallops, or rubs. |
| Constitutional | Comments | EKG shows normal sinus rhythm, no acute or chronic abnormality |
| Constitutional | Normal | No acute distress. Well Nourished. Well developed. |

**Orders** ***(this encounter)***

| Status | Ordered | Completed | Order | Interp | Result |
|---|---|---|---|---|---|
| completed | 04/22/2014 | 04/22/2014 | ELECTROCARDIOGRAM COMPLETE W/ PHYS INTERP & REPORT | | |
| completed | 04/22/2014 | 04/22/2014 | pt educated on exercise routine | | |

## Assessment/Plan

**Overweight (278.02)**

Discussed the risks of phentermine including cardiac problems and fatal arrythmia. Discussed the risk that weight loss is typically regained if lifestyle changes aren't implemented. Discussed diet and exercise and proper weight mgmt. Discussed the need for an endpoint to get off of this medicine and she agreed. Will renew for 2 ADDITIONAL MONTHS, with plans to discontinue completely. EKG normal today.

**Anxiety (300.00)**

EKG normal

## Clinical Guidelines

| Guidelines | Status | Due | Action | Last Addressed |
|---|---|---|---|---|
| Suicide risk assessment | | 04/22/2014 | | |
| Psychotherapy | | 04/22/2014 | | |
| Tricyclic Antidepressant | alternate | 04/22/2014 | Prescribed SSRI | |
| Anxiolytic | prescribed | 04/22/2014 | lorazepam 1 mg tablet | |
| SSRI | prescribed | 04/22/2014 | escitalopram 10 mg tablet | |
| Antipsychotic | not prescribed | 04/22/2014 | | |

## Medications *(Added, Continued or Stopped this visit)*

| Started | Medication | Directions | Comment | Stopped |
|---|---|---|---|---|
| 04/22/2014 | Adipex-P 37.5 mg tablet | take 1 tablet by oral route every day before breakfast | | |
| 06/20/2013 | Ambien 10 mg tablet | take 0.5 - 1 Tablet by oral route every day at bedtime | not taking | |
| | escitalopram 10 mg tablet | take 1 tablet by oral route every day | | |
| 06/20/2013 | Lamisil 250 mg tablet | take 1 tablet by oral route every day | not taking | |
| | lorazepam 1 mg tablet | take 1 tablet by oral route 2 times every day as needed | | |
| 06/20/2013 | triamcinolone acetonide 0.1 % Topical Cream | apply bid to affected area prn | not taking | |



Electronically signed by: John Washburn MD 04/24/2014

Document generated by: Kelly Harrington 04/24/2014 05:00 PM

**Electronically signed by John Washburn MD on 04/25/2014 10:24 AM**

North Texas Sports & Family Medicine
15950 Eldorado Pkwy Ste 400
Frisco TX 75033
Phone: 214.390.5388 Fax: 972.547.0513

| | |
|---|---|
| PATIENT: | Heather Mercado |
| DATE OF BIRTH: | 10/08/1973 |
| DATE: | 06/20/2013 9:45 AM |
| VISIT TYPE: | Office Visit |

**History of Present Illness**

This 39 year old female presents with:

1. **foot ulcer/pain**
2. **Sleep disorder**
3. **Weight magmet**
4. **Toe fungus**

1. full ulceration/pain:
Patient reports that the bottom of her feet are drying out andand cracking. This is a specially worse on the bottom of her right foot underneath the second toe. She reports that this has happened to her in the past. She is not tried any specific medications or treatments for this. She reports that it is getting to the point where it is painful to stand. She reports that she normally wears high heel shoes that are close toed during the day. She denies any signs or symptoms of infection.

2. Sleep disorder:
Patient reports that four a significant period of time she has been taking NyQuil to help her sleep. She reports that she has trouble falling asleep, staying asleep and maintaining sleep. She reports that this is mainly due to anxiety symptoms. She is on anti-anxiety medications currently. She has never tried any prescription sleep aids. She reports that sometimes the NyQuil will will leave her feeling hung over the next day.

3. Weight management:
Patient reports that she has gained 50 pounds in the past year.she reports that this is because she smoking and in place of smoking she has been eating. she reports that she especially has nighttime cravings. She has not tried any specific diet or exercise regimen. she report that she has been trying to maintain a limited number of calories during the day but at night she has extreme cravings. She is never taken any prescription medication the past. She denies a chest pain, dizziness, and/or shortness of breath. She denies any family history of pure mature coronary artery disease.

4. Toe fungus:
Patient reports that she has thickened nails that crack and a flake. She reports that she has been told she got this because she was getting pedicures. She was told in the past that there are no good medications for this and that this is something that she would just have to deal with. She is not tried any pain prescription. She has only tried over-the-counter medications without relief of her symptoms.

**Review of Systems**

**Constitutional:**

Positive for:

- Fever.

Negative for chills, fatigue and malaise.

**HEENT:**

Negative for vision changes.

**Respiratory:**

Negative for chronic cough and cough.

**Cardiovascular:**
Negative for chest pain and claudication.

**Gastrointestinal:**
Negative for abdominal pain.

**Metabolic/Endocrine:**
Negative for cold intolerance, heat intolerance, polydipsia and polyphagia.

**Neuro/Psychiatric:**
Positive for:
- Anxiety.
- Insomnia.

Negative for depression.
Negative for dizziness, extremity weakness and numbness in extremities.

**Dermatologic:**
Positive for:
- Rash.
- Skin lesion.

Negative for brittle hair, brittle nails, hair loss and hirsutism.

**Musculoskeletal:**
Negative for joint pain.

**Hematology:**
Negative for easy bleeding, easy bruising and lymphadenopathy.

**Immunology:**
Positive for:
- Seasonal allergies.

**Chronic Problems**
Anxiety
Obesity
Dermatitis
Sleep disorder
Onychomycosis

**Past Medical/Surgical History**

| Condition | Mo Yr | Date | Procedure | Mo Yr | Date | Comment |
|---|---|---|---|---|---|---|
| Health Maintenance: Colonoscopy | | | | | Due at age 50 | |
| Health Maintenance: CPE / WWE | | | 2011 | | Followed by Gyn | |
| Health Maintenance: DEXA | | | | Due at age 50 | | |
| Health Maintenance: MMG | | | | Due at age 40 | | |
| Medical: Anxiety/Panic Attacks | | | 2012 | 06/01/2012 | | |
| Medical: HTN | 2012 | 06/01/2012 | | | | |
| Surgeries: Tonsillectomy | 1993 | | | | | |
| Vaccines: Flu | | | Pt states she does not receive. dc | | | |
| Vaccines: Hep A & Hep B | | | Pt thinks she has had before. dc | | | |
| Vaccines: Pneumonia | | | Due at age 65 | | | |
| Vaccines: Tetanus | 2007 | | Due: | | 2017 | |

**Family History**
Patient reports there is no relevant family history.

**Social History**
The patient is right-handed.
Primary language is English.

**Education / Employment / Occupation:**

| Employment | Emp. History | Emp Status | Retire Date | Restrictions |
|---|---|---|---|---|
| | HR Director | | | |

**Tobacco:**

Smoking status: Never smoker.
**Alcohol:**
There is a history of alcohol use, but no current usage.
Type: Wine.
**Caffeine:**
The patient uses caffeine: coffee and tea - 2 cups a day.
**Lifestyle:**
Never exercises.
Patient agrees to transfusion.

**Medication Reconciliation**

| Medication | Start Date | Date Stopped | Sig Desc |
|---|---|---|---|
| escitalopram 10 mg tablet | | | take 1 tablet by oral route every day |
| lorazepam 1 mg tablet | | | take 1 tablet by oral route 2 times every day as needed |

**Allergies**

| Allergen/Ingredient | Brand | Reaction: |
|---|---|---|
| Sulfa (sulfonamide Antibiotics) | | Rash |

**Vital Signs**

**Height**

| Time | ft | in | cm | Last Measured | Method | % |
|---|---|---|---|---|---|---|
| 10:58 AM | | 65.00 | | 06/20/2013 | measured | |

**Weight / BSA / BMI**

| Time | lb | oz | kg | Context | % | BMI kg/m2 | BSA m2 |
|---|---|---|---|---|---|---|---|
| 10:58 AM | 175.40 | | | dressed without shoes | | 29.18 | |

**Blood Pressure**

| Time | BP mm/Hg | Position | Side | Site | Method | Cuff Size |
|---|---|---|---|---|---|---|
| 10:58 AM | 104/74 | sitting | left | | manual | adult |

**Temp / Pulse / Respiration**

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/min |
|---|---|---|---|---|---|---|
| 10:58 AM | 98.1 | | oral | 68 | regular | 18 |

**Pulse Ox / FiO2**

| Time | Pulse Ox Rest % | Pulse Ox Amb % | O2 Sat | O2 LPM | Timing | FiO2 % | L/min | Delivery Method |
|---|---|---|---|---|---|---|---|---|
| 10:58 AM | 98 | | RA | | | | | |

**Measured By**

| Time | |
|---|---|
| 10:58 AM | Dusty Cook |

General:
No acute distress

Head:
Normal-cephalic
No sinus tenderness

Eyes:
Right:
PERRLA
No injection

Left:
PERRLA
No injection

Ears:
Right
External Canal:
Clear
No erythemia
No exudates
TM:

Opaque
No effusion
No erythemia
Good movement

Left
External Canal:
Clear
No erythemia
No exudates
TM:
Opaque
No effusion
No erythemia
Good movement

Nose:
Clear turbinates
Non-boggy
No drainage

Oral - Pharynx:
Clear
No erythemia
No exudates
No cobblestoning
Good dentition

Neck:
No anterior LAD
No posterior LAD
Thyroid normal size, no masses palpated

Cardio-Vascular:
RRR, S1S2, no S3S4
No murmur
Pulses equal throughout
Capillary refill brisk

Respiratory:
Bilaterally clear to auscultation

Abdomen:
Normal core muscles

Extremities:
Upper:
No clubbing, cyanosis

Lower:
No edema

Musculoskeletal:
Bilateral feet:
Right foot:
-inspection: dry skin noted on the tops of her toes, the bottom of the second toe has a ulceration consistent with dry skin, thick and nails consistent with toe fungus
Left foot:
Inspection: dry skin noted on the tops of the toes, the bottom of the toes show the evening of the skin with cracking limited to the epidermis., toenails are thickened and flaking consistent with toe fungus

Integument:
No rash
No erythemia
Good turgor

Psychological:
Alert X Oriented X 3
Appropriated mood and affect
Good judgment and insight

**Assessment/ Plan**
**Sleep disorder** (780.50)
**Dermatitis** (692.9)
**Onychomycosis** (110.1)
**Obesity** (278.00)

I. Sleep disorder:

Treatment plan:
-Ambien 10 mg, one half to one tablet at night as needed
-sleep hygiene discussed with patient

Follow-up:
-as needed
-six months

II. Dermatitis:

Treatment plan:
-aggressive hydration of the feet, twice daily
-triamcinolone 0.1% applied lightly twice daily as needed. I discussed at length with the patient the potential side effects related to topical steroids including thinning of the skin, loss of pigmentation, and a fat wasting. The patient is instructed to stop using the medication when symptoms began to improve

Follow up:
-as needed
-no improvement

III. Onychomycosis:

Treatment plan
-check complete metabolic panel, complete blood count, if normal go ahead and begin Lamisil 250 mg one pill daily for the next four weeks.

Follow-up:
-assuming blood test are normal, lab check in four to six weeks and if labs are normal continuous medication

IV.elevated BMI:
- I discussed with the patient that all diet plans have the same common denominator and that is a way to reduce/control calories. I discussed with the patient that at the main way to lose weight effectively, safely, and properly is to control calorie intake. I discussed with the patient that they should attempt to keep their calorie intake between 1000 to 1200 calories per day. We also discussed the importance of aerobic exercise in controlling weight as well as the cardiovascular benefits. I discussed with the patient that a good weight loss rate is approximately 3 to 5 pounds per month. We discussed at length that our ultimate goal is maintenance of the target weight on a long-term basis.
I discussed with the patient the morbidity and mortality associated with maintaining an elevated BMI. Including but not limited to the morbidity and mortality associated with the cardiovascular systems, increase risk for diabetes, increase risk for dyslipidemia, increase risk for sleep apnea, increase risk premature CAD, and the potential to decrease lifespan. I discussed with the patient that by maintaining an appropriate BMI we significantly decrease the morbidity and mortality associated with obesity.
- Aerobic exercise 30 minutes a day as often as possible. Attempt to mark an exercise day on the calendar and tried to maintain this workout.
- I discussed with the patient that there is the possibility of pharmacological assistance. I discussed with the patient that this is an AIDE only and not a cure. I discussed with the patient that depending on their cardiovascular status especially low-pressure they may or may not be a candidate for pharmacological intervention.

Treatment plan:
-Adipex-P 37.5 mg
-food diary for one week

Follow-up:
-as needed
-four to six weeks

V.Other:
-Patient's medications were reviewed and verified at the time of this office visit.
-Patient's current medical history was reviewed and verified at the time of this office visit.
-Patient's family medical history, any recent hospitalizations and/or procedures, consultation by specialist and/or other pertinent medical history were ascertained, documented, and updated at the time of this office visit.
-Patient was offered a hand written/preprinted summary of today's office visit outlining diagnosis, treatment plan, recommendations and follow-up. The patient's treatment plan and/or medications were reviewed by the nurse with the patient before discharge. At that time patient was given additional time to ask any further questions and/or clarifications.
-The patient was encouraged and offered to schedule their next office visit before discharge from today's office visit.
-Portions of this medical record have been dictated but not proofread. For any questions and/or clarifications please contact Dr. Raj

**Medications (added, continued or stopped this visit)**

| Medication Name | Start Date | Stop Date | Sig Desc |
|---|---|---|---|
| Adipex-P 37.5 mg tablet | 06/20/2013 | | take 1 tablet by oral route every day before breakfast |
| Ambien 10 mg tablet | 06/20/2013 | | take 0.5 - 1 Tablet by oral route every day at bedtime |
| escitalopram 10 mg tablet | | | take 1 tablet by oral route every day |
| Lamisil 250 mg tablet | 06/20/2013 | | take 1 tablet by oral route every day |
| lorazepam 1 mg tablet | | | take 1 tablet by oral route 2 times every day as needed |
| triamcinolone acetonide 0.1 % Topical Cream | 06/20/2013 | | apply bid to affected area prn |



**Electronically signed by: Hans James Raj M.D. 06/20/2013 12:45 PM**
**Document generated by: Hans Raj 06/20/2013 12:45 PM**

Electronically signed by Hans J. Raj M.D. on 06/27/2013 02:59 PM