**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **No. 4:16CR04** |
| | § | |
| **HETHER ELIZABETH MERCADO** | § | |
| | § | |

**ORDER**

The Court, having heard the Defendant's Motion for Reconsideration of Sentence, the court is of the opinion the motion should be GRANTED/DENIED.