IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:16CR4-ALM-CAN |
| | § | |
| HEATHER ELIZABETH MERCADO | § | |

# FINAL ORDER OF FORFEITURE

This court entered a Preliminary Order of Forfeiture regarding this defendant on February 3, 2016, pursuant to the provision of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

The government published at www.forfeiture.gov for thirty consecutive days, notice of this forfeiture and of the intent of the government to dispose of the forfeited property in accordance with the law and further notifying all third parties of their right to petition the court within thirty days for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the right, title and interest to all of the hereinafter described property of this defendant is hereby condemned, forfeited and vested in the United States of America and shall be disposed of according to law.

2. That the following property belonging to the defendant who is the subject of this Order, is hereby condemned and forfeited to the government in accordance with 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c):

a. 2005 Infiniti G35, VIN #JNKCV54E55M412625;

b. 2008 Cadillac Escalade, VIN #1GYFK66898R154535;

c. $483,905.96 in cash proceeds and all interest and proceeds traceable thereto, in that such sum in aggregate is property constituting, or derived from, proceeds obtained directly or indirectly as the result of the foregoing offenses alleged in the indictment.

3. No claims have been filed.

4. That the forfeited property shall be disposed of by the United States and/or the custodial agency in such manner as the United States Attorney General may direct.

**SIGNED this 29th day of July, 2016.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE