Honorable Judge Mazzant
Paul Brown United States Courthouse
101 East Pecan Street
Sherman, TX 75090

September 28, 2020
Phoenix FPC
4:16cr4

Re: Motion to Reduce Sentence
Under 18 U.S.C. 3582(c)(1)(A)(i)

Dear Honorable Judge Mazzant,

I respectfully request that you consider my motion for a reduction in sentence pursuant to 18 U.S.C. 3582(c)(A)(1)(i), also known as a Compassionate Release. I am currently serving a sentence after conviction in 2016 on one count of theft concerning programs receiving federal funds in violation of 18 U.S.C. 666 A.F. I was sentenced to 84 months of incarceration. My release date is 5-3-22 about 21 months from now.

Since being incarcerated I have been verbally & sexually abused. My physical health has deteriorated so dramatically that I have large clumps of hair falling out. I was exposed to and contracted the COVID-19 virus, then quarantined without access to a bathroom or shower facilities. The only healthcare provided was a bottle of tylenol and an occassional temperature reading. After "recovering" I still suffer from severe health issues and emotional trauma. We have just been notified of new active cases of COVID-19 on the camp grounds. Considering the lack of PPE, social

distancing or <u>care</u> shown by the medical staff, guards or administration, the odds of the virus spreading again are over 75% (based on BOP's own statistics).

The BOP's failure to deliver effective medical care for my existing and new (since surviving COVID-19) chronic medical conditions is unconscionable. I have requested assistance from the BOP through all appropriate channels and have been denied. Statements have been issued by the CDC, NIH, WHO, and the Heart Association indicate that the COVID-19 virus effect every organ in the body. including blood vessels, lungs, the brain and heart. I am suffering from Cognitive issues, Neurological issues, Brain fog, anxiety and depression among other physical and psychological medical issues. The BOP's ineffectual ability and ~~inde~~ inadequate care of my health and well-being is a violation of my Eighth Amendment rights under the Constitution. and is also an extraordinary and compelling circumstance under USSG § 1B1.13 comment (n.1)(A) and (D)).

Thank you for your time and Consideration,

Sincerely,

Heather Mercado