BP-S148.055 INMATE REQUEST TO STAFF CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE FEDERAL BUREAU OF PRISONS

| | |
|---|---|
| TO: (Name and Title of Staff Member) CMC Wastell / Warden Lothrop | DATE: 9-2-2020 |
| FROM: Mercado, Heather | REGISTER NO.: 26102078 |
| WORK ASSIGNMENT: N/A | UNIT: Hopi B. |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

Dear Sir,

Pursuant to 18 U.S.C § 3582(c)(1), I respectfully request the BOP to support a motion for Compassionate release on my behalf. I was infected with the virus by Staff members and I am still suffering from many COVID-19 symptoms. BOP Medical has insisted that these symptoms are "normal" and will not examine or treat me. My health has deteriorated dramatically since being incarcerated. Please review attached documentation.

Heather Mercado

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

Warden Lothrop
FCI Phoenix
Federal Correctional Institution
37900 North 45th Avenue
Phoenix, AZ 85086

September 2, 2020

Re: Reduction of Sentence
Under 18 U.S.C. §3582(c)(1)
Reg # 26102078

Dear Sir,

I request that you recommend to the United States District Court for the Eastern District of Texas, that my sentence be reduced to time served, pursuant to 18 U.S.C. §3582(c)(1).

Sentence: I am currently serving a sentence after conviction in 2016 on one count of theft concerning programs receiving federal funds in violation of 18 USC. 666 A.F. I was sentenced to 84 months of incarceration. Currently, my release date (based on good time credits already awarded and anticipated) is 5-3-22 about 21 months from now.

Summary: I am a 46 year old divorced mother of five children, three of whom are still minors. My former husbands care for my children during my absense.

Since my incarceration I have been raped, physically and emotionally abused abused, and infected by and officer at the Phoenix Arizona Federal Camp. The officer was not wearing PPE/mask and was smoking within two feet to three feet

of me.

<u>Governing Standards</u>: Subsection (c)(1)(A)(i) of Title 18 provides that

The court may not modify a term of imprisonment once it has been imposed except that —

(1) in any case —

(A) the court, upon motion of the Director of the Bureau of Prisons, may reduce the term of imprisonment (and may impose a term of probation or supervised release with or without conditions that does not exceed the unserved portion of the original term of imprisonment), after considering the factors set forth in section 3553(a) to the extent that they are applicable, if it finds that —

(i) extraordinary and compelling reasons warrant such a (motion) reduction...

In deciding whether to file a motion pursuant to 18 U.S.C. 3582, the BOP should consider whether the inmate's release would pose a danger to the safety

of any other person or the community. P.S. 5050.50, supra at §§ 1, 7, pp. 2, 12.

The Program Statement (P.S.) directs that an evaluation of 18 U.S.C. § 3582(c)(1) requests consider the following circumstances of the inmate's history and offense:

(1) Nature and circumstances of the inmate's offense: I was convicted of theft concerning programs receiving federal funds. I was drinking heavily at the time and addicted to Ativan pills. My life was in chaos.

(2) Criminal History: I do not have a criminal history

(3) Comments from victims: There were no victims

(4) Unresolved Detainers: There are no unresolved detainers

(5) Supervised release violations: I have one supervised release violation - drinking. I completed a Drug Education Program and one year of individual Trauma Therapy.

(6) Institutional Adjustment: Excellent. Please see list of classes completed.

(7) Disciplinary Infraction: none

(8) Personal History: See presentencing report.

Program Statement (cont.)

(9) Sentence and amount of time served: I was sentenced to 84 months of which I have served 54 months.

(10) Inmates current age: I turned 46 years of age on Oct. 8, 2019

(11) Inmate's age at the time of offense and sentencing: I was 39 at the time of the offense and 41 at sentencing.

(12) Inmate's plan (Release): I have been offered positions at three companies;

A. Amazon;

B. Homeward Bound;

C. Numan Marcus (distribution)

I will be living with my future father-in-law, Charles Satchell at 414 Kelly Ct, Duncanville, TX 75137.

My release at this time would neither endanger the community nor minimize the severity of the underlying offense: That I am not a danger to the community is well established by my conduct after my arrest, and in my discharge of the trust placed in me by the sentencing court.

The reduction would not minimize what the government or society consider adequate punishment for the offense

Extraordinary and Compelling Reasons for Grant:

Simply put, I have been physically and mentally abused under the "care" of the BOP, infected ~~to~~ with COVID-19 — a deadly virus who's effect on my health long term is unknown. I am still experiencing major fatigue, heart palpitations, shortness of breath, body aches, hair loss, and I have not regained my sense of smell or taste after two months of having "recovered". If I am infected with the COVID-19 virus again, I am at an extremely high risk to become sicker than my first illness... or I may die. The CDC and Heart Association report that 94% of all deaths resulting from the COVID-19 virus are seen in patients with underlying conditions including; heart disease, COPD, hypertension diabetes, and a compromised immune system caused by infectious disease (COVID-19, TB, etc). My children need me, and I intend on getting the proper health care to assure that I will be part of their lives again.

I authorize the Federal Bureau of Prisons to obtain all property, financial, family history and medical records which I have authority over and which it considers necessary to evaluate this request.

Thankyou for your careful and prompt consideration of this request. The statements of fact made herein are true, under penalty of perjury.

Very Truly yours,

Heather Mercado

Exhibits
A.- Computation Sheet
B. Team
C. PREA Receipt
D. Bureau of Prison Psychology Services Diagnostic and Care Level Formulation
E. Diagnoses

MERCADO, Heather Elizabeth
Reg. No.: 26102-078
FPC PHX

---

You requested a reduction in sentence (RIS) based on concerns about COVID-19 and your increased risk. After careful consideration, this request is denied.

Title 18 of the United States Code, section 3582(c)(1)(A), allows a sentencing court, on motion of the Director of the BOP, to reduce a term of imprisonment for extraordinary or compelling reasons. BOP Program Statement No. 5050.50, Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. §§ 3582(c)(1)(A) and 4205(g), provides guidance on the types of circumstances that present extraordinary or compelling reasons, such as the inmate's terminal medical condition; debilitated medical condition; status as a "new law" elderly inmate, an elderly inmate with medical conditions, or an "other elderly inmate"; the death or incapacitation of the family member caregiver of the inmate's child; or the incapacitation of the inmate's spouse or registered partner. Your request has been evaluated consistent with this general guidance.

The BOP is taking extraordinary measures to contain the spread of COVID-19 and treat any affected inmates. We recognize that you, like all of us, have legitimate concerns and fears about the spread and effects of the virus. However, your concern about being potentially exposed to, or possibly contracting, COVID-19 does not currently warrant an early release from your sentence. Accordingly, your RIS request is denied at this time.

If you are not satisfied with this response to your request, you may commence an appeal of this decision via the administrative remedy process by submitting your concerns on the appropriate form (BP-9) within 20 days of the receipt of this response.

9/23/2020
Date

[signature]
W. Lothrop, Warden

United States Department of Justice
Federal Bureau of Prisons
Federal Correctional Institution
37900 N. 45th Avenue
Phoenix, AZ 85086

September 23, 2020

**MEMORANDUM FOR RIS COORDINATOR**

FROM: J. Secor, Health Services Administrator

SUBJECT: Compassionate Release Request
Mercado # 26102-078

Health Service has reviewed the request for consideration of a compassionate release for Inmate Mercado (26102-078) pursuant to 18 U.S.C. §§ 3582(c)(1)(A) and 4205(g). At this time, the criteria under "Debilitated Medical Condition" has not been met.

Criteria for "Debilitated Medical Condition," include being completely disabled, meaning not able to do any self-care and totally confined to a bed or chair more than 50% of waking hours or capable of only limited self-care and confined to bed or chair. If circumstances change and/ or health deteriorates, inmate Mercado (26102-078) can certainly resubmit the request.

Inmate Mercado (26102-078) has the right to appeal this decision through the Administrative Remedy Program within 20 days.

# Bureau of Prisons
# Health Services
# Inmate Report Only (formerly labeled ISDS)

Reg #: 26102-078 Inmate Name: MERCADO, HEATHER ELIZABET

SENSITIVE BUT UNCLASSIFIED – This information is confidential and must be appropriately safeguarded.

TB Clearance: Yes

Last PPD Date: 01/08/2020 Induration: 0mm
Last Chest X-Ray Date: Results:
TB Treatment: Sx free for 30 days: Yes
TB Follow-up Recommended: No

Transfer To: Transfer Date: 11/30/2020

Health Problems

| Health Problem | Status |
|---|---|
| Viral wart<br>periungual right index and middle fingers | Current |
| Alcohol Use Disorder: Severe | Current |
| Sedative-, Hypnotic , Or Anxiolytic Related Disorder: Severe | Current |
| Major depressive disorder, recurrent<br>with anxiety sx | Current |
| Anxiety disorder | Current |
| Posttraumatic Stress Disorder | Current |
| Nightmare disorder | Current |
| Presbyopia | Current |
| Psoriasis, unspecified<br>nail psoriasis with subungual hyperkeratosis | Current |
| Unspecified abnormal finding in specmn from female genital organs<br>pap 7/2018 ASCUS, negative HPV. - repeated today 10/23/2019 | Current |
| Abnormal results of function studies of organs and systems<br>mammogram left breast 2/2018 | Current |
| Cell of prison as place of injury/occurrence | Current |
| Encounter for general adult medical exam without abnormal findings | Current |
| Encounter for gynecological exam (general) (routine) without abnormal findings | Current |
| Encounter for exam and observation following alleged adult rape [PREA Exam] | Current |
| Counseling, unspecified | Current |
| Major Depressive Disorder: Recurrent Episode: Moderate | Remission |

Medications: All medications to be continued until evaluated by a physician unless otherwise indicated. Bolded drugs required for transport.

**busPIRone 10 MG TAB Exp: 01/20/2021 SIG: *Take one tablet (10 MG) by mouth twice daily***
**Prazosin Cap 2 MG Exp: 01/20/2021 SIG: Take two capsules (4 MG) by mouth at bedtime**
**Sertraline HCl 100 MG Tab Exp: 01/03/2021 SIG: Take one and one-half (1 and 1/2) tablets (150 MG) by mouth each day**

OTCs: Listing of all known OTCs this inmate is currently taking.
None

Pending Appointments:

| Date | Time | Activity | Provider |
|---|---|---|---|
| 06/09/2020 | 00:00 | Chronic Care Visit | Physician 02 |
| 01/08/2021 | 00:00 | PPD Administration | Nurse |
| 05/14/2021 | 00:00 | Clinical Encounter | Optometrist |
| 01/06/2022 | 00:00 | Pap Smear | MLP 05 |

Reg #: 26102-078 Inmate Name: MERCADO, HEATHER ELIZABET

SENSITIVE BUT UNCLASSIFIED – This information is confidential and must be appropriately safeguarded.

Non-Medication Orders:

No Data Found

Active Alerts:

No Data Found

Consultations:

Pending Institutional Clinical Director Action

No Data Found

Pending UR Committee Action

No Data Found

Pending Regional Review Action

No Data Found

Pending Scheduling

No Data Found

Pending Consultation

No Data Found

Pending Results

No Data Found

Sickle Cell:

Sickle Cell Trait/Disease: No

Limitations/Restrictions/Diets:

Cleared for Food Service: Yes
MDS Comments: Medical Idle x 1 day to rest and rehydrate. No work today x 1 day EXP: 7/13/19 & low bunk only x 1 year as above. LH

Comments:

1. COVID-19 is highly contagious via respiratory droplets when a person with infection coughs, sneezes, or talks infecting another person who is usually within less than 6 feet and/or by touching an infected surface and then touches his or her eyes, nose, or mouth. Given the close living situation and sharing of all facilities in a prison setting, inmates are at higher risk for transmitting/contracting COVID-19 infection than general population.
2. This inmate does have medical condition which is associated with an increased risk of severe illness and/or mortality related to COVID-19 as identified by CDC June 2020 update. BMI 33.7
3. This inmate does not have medical follow up pending within 90 days.

Allergies

Sulfa Antibiotics

Triprolidine HCl

Pseudoephedrine Cold/Allergy

Devices / Equipment

Eye Glasses

Brace - ankle

Alternate Institutional Shoes

Resistive Exercise Band(s)

SENSITIVE BUT UNCLASSIFIED – This information is confidential and must be appropriately safeguarded.

Travel:

Direct Travel: No

Travel Restrictions: None

UNIVERSAL PRECAUTIONS OBSERVED WHEN TRANSPORTING ANY INMATE:

Transfer From Institution: PHOENIX FCI
Phone Number: 6234659757

Address 1: 37900 N 45TH AVE

Address 2:

City/State/Zip: PHOENIX, Arizona 85086

Name/Title of Person Completing Form: Iyer, Pradeep RN
Date: 09/14/2020

Inmate Name: MERCADO, HEATHER ELIZABET Reg #: 26102-078 DOB: 10/08/1973 Sex: F

Exhibit A

PHXFO 540*23 * SENTENCE MONITORING * 08-31-2020
PAGE 002 OF 002 * COMPUTATION DATA * 07:43:53
AS OF 08-31-2020

REGNO..: 26102-078 NAME: MERCADO, HEATHER ELIZABET

-------------------------CURRENT COMPUTATION NO: 010 --------------------------

COMPUTATION 010 WAS LAST UPDATED ON 12-13-2019 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 07-28-2016 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 07-18-2016
TOTAL TERM IN EFFECT............: 84 MONTHS
TOTAL TERM IN EFFECT CONVERTED..: 7 YEARS
EARLIEST DATE OF OFFENSE........: 04-13-2015

| JAIL CREDIT.....................: | FROM DATE | THRU DATE |
|---|---|---|
| | 02-02-2016 | 02-02-2016 |
| | 04-21-2016 | 07-17-2016 |

TOTAL PRIOR CREDIT TIME.........: 89
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 351
TOTAL GCT EARNED................: 189
STATUTORY RELEASE DATE PROJECTED: 05-03-2022
ELDERLY OFFENDER TWO THIRDS DATE: 12-19-2020
EXPIRATION FULL TERM DATE.......: 04-19-2023
TIME SERVED.....................: 4 YEARS 4 MONTHS 12 DAYS
PERCENTAGE OF FULL TERM SERVED..: 62.4
PERCENT OF STATUTORY TERM SERVED: 72.3

PROJECTED SATISFACTION DATE.....: 05-03-2022
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: 12-11-17 DGCT 27.B/ADJ
12-13-19 GCT UPDAT PURSUANT TO FIRST STEP ACT. B/KCW;

G0000 TRANSACTION SUCCESSFULLY COMPLETED

```
  PHXFO  540*23 *          SENTENCE MONITORING          *      08-31-2020
PAGE 001        *           COMPUTATION DATA            *      07:43:53
                            AS OF 08-31-2020

REGNO..: 26102-078 NAME: MERCADO, HEATHER ELIZABET


FBI NO...........: XJNKJKD5N              DATE OF BIRTH: 10-08-1973  AGE:  46
ARS1.............: PHX/A-DES
UNIT.............: HOPI                   QUARTERS.....: C04-003L
DETAINERS........: NO                     NOTIFICATIONS: NO

HOME DETENTION ELIGIBILITY DATE: 11-03-2021

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  05-03-2022 VIA GCT REL


----------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION...........: TEXAS, EASTERN DISTRICT
DOCKET NUMBER...................: 4:16-CR-00004-001
JUDGE...........................: MAZZANT
DATE SENTENCED/PROBATION IMPOSED: 07-18-2016
DATE COMMITTED..................: 08-02-2016
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                 FELONY ASSESS  MISDMNR ASSESS  FINES         COSTS
NON-COMMITTED.:  $100.00        $00.00          $00.00        $00.00

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO        AMOUNT:  $483,905.96

-------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  262      18:666 LRCNY/THEFT FED FUNDS
OFF/CHG: 18:666A.F THEFT CONCERNING PROGRAMS RECEIVING FEDERAL FUNDS

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    84 MONTHS
 TERM OF SUPERVISION............:     3 YEARS
 DATE OF OFFENSE................: 04-13-2015
```

G0002        MORE PAGES TO FOLLOW . . .

(4-16-16) started

Exhibit B

# Individualized Reentry Plan - Program Review (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: MERCADO, HEATHER ELIZABET 26102-078

SEQUENCE: 02015812
Team Date: 01-15-2020

| | | | |
|---|---|---|---|
| Facility: | PHX PHOENIX FCI | Proj. Rel. Date: | 05-03-2022 |
| Name: | MERCADO, HEATHER ELIZABET | Proj. Rel. Mthd: | GCT REL |
| Register No.: | 26102-078 | DNA Status: | OKL06766 / 07-29-2016 |
| Age: | 46 | | |
| Date of Birth: | 10-08-1973 | | |

## Detainers

| Detaining Agency | Remarks |
|---|---|

*NO DETAINER*

## Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| PHX | HOPI ORD | HOPI UNIT ORDERLY | 07-12-2019 |

## Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| PHX | ESL HAS | ENGLISH PROFICIENT | 09-09-2016 |
| PHX | GED HAS | COMPLETED GED OR HS DIPLOMA | 09-09-2016 |

## Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| PHX | | BASIC SPANISH | 09-23-2019 | CURRENT |
| PHX | | NATIONAL GEOGRAPHIC | 09-23-2019 | CURRENT |
| PHX SCP | C | BASIC WATER COLOR CLASS | 10-03-2019 | 11-28-2019 |
| BRY | C | PARENTING/ESSENTIALS OF | 03-11-2019 | 04-15-2019 |
| BRY | C | POSITIVE TOOLS INTERACT CHILD | 03-11-2019 | 04-15-2019 |
| BRY | C | 7 HABITS HIGHLY EFFECTIVE FAM | 03-12-2019 | 04-16-2019 |
| BRY | C | DEVASTATING TORDANOES | 01-31-2019 | 01-31-2019 |
| ALI SCP | C | SCP RPP#6 SELF ESTEEM | 10-30-2018 | 11-20-2018 |
| ALI SCP | C | HOUSING/TRANSPORTATION RPP#5 | 05-17-2018 | 06-14-2018 |
| ALI SCP | C | RPP #1 HIV FACTS | 05-17-2018 | 05-17-2018 |
| CRW SCP | C | RECRETION AIDE CAMP | 08-20-2017 | 08-20-2017 |
| CRW SCP | C | 5 ESSENTIALS OF PARENTING | 03-09-2017 | 04-17-2017 |
| CRW SCP | C | RPP LEISURE PLANNING AREA 6 | 03-24-2017 | 03-24-2017 |
| CRW SCP | C | BEG WALK/RUN CAMP | 12-30-2016 | 12-31-2016 |

## Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

*** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS ***

## Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE2 | STABLE, CHRONIC CARE | 10-26-2016 |
| CARE3-MH | CARE3-MENTAL HEALTH | 11-14-2019 |

## Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| LOWER BUNK | LOWER BUNK REQUIRED | 11-20-2019 |
| NO PAPER | NO PAPER MEDICAL RECORD | 08-02-2016 |
| REG DUTY W | REGULAR DUTY W/MED RESTRICTION | 01-23-2019 |
| YES F/S | CLEARED FOR FOOD SERVICE | 05-18-2018 |

## Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| DAP QUAL | RESIDENT DRUG TRMT QUALIFIED | 07-10-2018 |
| ED COMP | DRUG EDUCATION COMPLETE | 11-07-2017 |
| INELIGIBLE | 18 USC 3621 RELEASE INELIGIBLE | 08-02-2019 |
| NR WAIT | NRES DRUG TMT WAITING | 05-09-2018 |

## FRP Details

Exhibit C

RECEIPT - ADMINISTRATIVE REMEDY

DATE: DECEMBER 30, 2019

FROM: ADMINISTRATIVE REMEDY COORDINATOR
WESTERN REGIONAL OFFICE

TO : HEATHER ELIZABET MERCADO, 26102-078
PHOENIX FCI UNT: HOPI QTR: C04-003L

THIS ACKNOWLEDGES THE RECEIPT OF THE REGIONAL APPEAL IDENTIFIED BELOW:

REMEDY ID : 996356-R1
DATE RECEIVED : NOVEMBER 27, 2019
RESPONSE DUE : DECEMBER 27, 2019
SUBJECT 1 : PREA - SEXUAL ABUSE BY STAFF
SUBJECT 2 :

Exhibit B

**SENSITIVE BUT UNCLASSIFIED**

# Bureau of Prisons
# Psychology Services
# Diagnostic and Care Level Formulation

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MERCADO, HEATHER ELIZABET | | | Reg #: | 26102-078 |
| Date of Birth: | 10/08/1973 | Sex: | F Facility: PHX | Unit Team: | HOPI |
| Date: | 01/23/2020 10:13 | Provider: | Lares, S. Lizette Psy.D. | | |

**Relevant Historical Information**

MENTAL HEALTH HISTORY

Per the PSR (dated 04-06-2016; revised 05-05-2016 and 06-15-2016):

"The defendant was diagnosed with depression and anxiety in 2009. Following the death of her grandfather, the defendant became depressed and started drinking heavily. In July 2009, the defendant checked herself into Green Oaks Hospital in Dallas, Texas, and records confirm her diagnosis. She was discharged after a couple of days for outpatient care, but, a month later, she checked herself into the hospital again. Her chief complaint was that she was overwhelmed and could not handle things, stating her husband had just left her, and she just learned she was pregnant. She also indicated she had hallucinations after drinking a lot of alcohol. She was discharged again after one day for continued outpatient treatment. Her medical records reflect that, in December 2011, she checked herself back into the hospital, stating she had remained sober for two years but had recently relapsed. She stated she was drinking eight mini-wine bottles of alcohol on a daily basis at the time. Further, she had been drinking to the point of passing out, had not been eating, and had suicidal thoughts. Her mother reported the defendant called her to say she would never see the defendant again and to kiss her children goodbye. The defendant received both inpatient and outpatient treatment during this time.

"Though the defendant has not had to go back to the hospital for her depression, anxiety, and alcoholism, she still struggles with all three. She was seeing Dr. Nancy Silverblatt in Addison, Texas, at Bent Tree Psychiatric Services prior to her arrest for her bond violations and was prescribed Lexapro and Lorazepam (Ativan). A copy of her prescriptions confirmed this information. Records were requested from Dr. Silverblatt to check on her prognosis, but a response had not been received at the time of this writing."

SUBSTANCE ABUSE HISTORY

Per the PSR:

"The defendant denied the use or experimentation with illegal substances, even though both of her prior husbands used drugs. Instead, she has abused alcohol. She stated she first experimented with alcohol at age 14, and she last consumed it in January 2016. It was never a problem until her grandfather died in 2009. She started drinking and getting drunk on a daily basis. She stopped for a while after checking herself into the hospital on two separate occasions in 2009, as reflected in paragraph 53; however, she was married to her second husband and dealing with a lot of abuse from him. She started drinking again in 2011 and decided she needed help after her husband choked her one day. She stated she was in the hospital for six to eight weeks and was later transferred to outpatient care for another month. She stated she did great until she relapsed again in November 2015. During the presentence interview, she informed the probation officer she had recently been going to AA meetings and doing better; however, it was subsequently discovered she continued to drink heavily while on bond. Her daughter, her aunt, and her ex-husband all provided written statements confirming they each had observed her under the influence of alcohol on several occasions following her release on bond in February 2016. She does not feel the need for inpatient treatment, but she was referred for alcohol treatment after her release on bond; however, she cancelled and/or rescheduled most of her appointments. She stated she never wants to go back to drinking alcohol and is motivated to stay sober. Her actions on bond contradicted her statements to the probation officer.

"The defendant's aunt verified her alcoholism but added the defendant has a significant problem with Ativan, which is used to treat her depression and anxiety. When she drinks alcohol and uses Ativan at the same time, the side effects are terrible. Also, the defendant's aunt contradicted the defendant's statement that she has not consumed alcohol since January 2016, as she stated the defendant has continued to drink while on bond. As reflected in the previous paragraph, her aunt provided a written statement, testifying to this. The probation officer recommends she participate in

any treatment recommended by the Bureau of Prisons staff and/or treatment provider."

Inmate Mercado completed Drug Education while in Federal Bureau of Prisons custody (11-07-2017, per SENTRY). A review of her PD15 reveals that she has not received any incident reports relating to substance use or possession.

**Presenting Problem/Symptom**

Inmate Mercado endorses symptoms consistent with a diagnosis of Posttraumatic Stress Disorder (See Diagnostic Formulation, below).

**Diagnostic Formulation**

POSTTRAUMATIC STRESS DISORDER (PTSD)

Inmate Mercado reported that she was sexually assaulted at another institution in 2019 (See Sexual Abuse Intervention [V] note dated 06-11-2019). As a result, she has endorsed a number of trauma-related symptoms, namely: recurrent distressing memories and dreams of the event; intense psychological distress and physiological reactions due to exposure to internal cues that resemble the event; efforts to avoid distressing memories, thoughts, feelings about the event; persistent negative beliefs about herself, other people, and the world (e.g., "Others are untrustworthy," "Others will hurt me"); persistent distorted cognitions about the cause of the event that lead her to blame herself; persistent negative emotional state (e.g., fear, anger, shame); feelings of detachment from others; persistent inability to experience positive emotions; hypervigilance; exaggerated startle response; problems with concentration; and sleep disturbance (i.e., difficulty falling asleep).

Of note, Inmate Mercado has experienced these symptoms for more than one month. Further, she endorses clinically significant distress as a result of these symptoms. Finally, the disturbance does not appear to be attributable to the physiological effects of a substance or another medical condition. Inmate Mercado denied current substance use, and, as noted above, she has no documented incident reports related to substance use. Moreover, records confirm that she has previously been evaluated by Health Services, and her symptoms have not been found to be resultant of a medical condition.

Accordingly, a diagnosis of POSTTRAUMATIC STRESS DISORDER remains warranted at this time.

ALCOHOL USE DISORDER: SEVERE; and SEDATIVE-, HYPNOTIC, OR ANXIOLYTIC RELATED DISORDER: SEVERE

Per a prior Diagnostic and Care Level Formulation (dated 07-10-2018): "In the year prior to arrest, the inmate reports experiencing the following with regards to alcohol and sedative abuse: using larger amounts than intended, unsuccessful attempts to control use; spending a great deal of time obtaining, using, or recovering from the effects; cravings; failure to fulfill major obligations; continued use despite recurrent interpersonal problems; important activities given up or reduced; tolerance; and withdrawal. The inmate denied the following during that year: use in physically hazardous situations and continued use despite related physical problems."

MAJOR DEPRESSIVE DISORDER: RECURRENT EPISODE: MODERATE: REMISSION

Per a prior Diagnostic and Care Level Formulation (dated 04/24/2018): "A review of the inmate's Pre-Sentence Investigation Report (PSR) revealed a history for the mental health diagnosis and treatment of depression and anxiety, as well as alcohol abuse. She has been prescribed Sertraline and Buspirone to manage symptoms, which she overdosed on June 21, 2017 in an attempt to get away from inmates at her institution, due to 'issues.' MERCADO has received treatment in an Emergency Room on three occasions, following situational concerns, which she managed through the consumption of alcohol."

Inmate Mercado currently endorses symptoms that overlap with those within the depressive diagnostic class (e.g., negative alterations in cognitions and mood, sleep disturbance); however, given her endorsement of other symptoms indicative of PTSD, it appears as if her symptoms may be most likely attributable to this latter diagnosis (i.e., PTSD).

**Care Level Formulation**

Exhibit F

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MERCADO, HEATHER ELIZABET | | | Reg #: | 26102-078 |
| Date of Birth: | 10/08/1973 | Sex: | F Facility: PHX | Unit Team: | HOPI |
| Date: | 01/23/2020 10:13 | Provider: | Lares, S. Lizette Psy.D. | | |

Inmate Mercado has been participating in enhanced outpatient mental health care on an ongoing basis with Psychology Services. The focus of intervention has been on decreasing and ultimately eliminating her mental health symptoms and related distress. Inmate Mercado has demonstrated improvement, as the severity of her symptoms and distress have decreased. Accordingly, routine outpatient mental health care on an ongoing basis is considered appropriate at this time. Her mental health care level will be changed from CARE3-MH to CARE2-MH. She will be seen by Psychology Services at least monthly, per CARE2-MH protocol. She was reminded of how to contact Psychology Services for urgent and routine concerns, and she agreed to do so if needed.

**Diagnosis:**

Alcohol Use Disorder: Severe, F10.20*b - Current

Major Depressive Disorder: Recurrent Episode: Moderate, F33.1 - Remission

Posttraumatic Stress Disorder, F43.10 - Current

Sedative-, Hypnotic , Or Anxiolytic Related Disorder: Severe, F13.20*b - Current

Completed by Lares, S. Lizette Psy.D. on 01/27/2020 14:05

# Samford University

## Ministry Training Institute

Birmingham, Alabama

*In recognition of the satisfactory completion of the prescribed course of study*

## Heather Mercado

*has successfully completed the course*

## Spiritual Disciplines

*Given on this thirtieth day of September in the year of our Lord two thousand and eighteenth*

*and of Samford University the one hundred seventy-seventh.*

SAMFORD UNIVERSITY
DEO • DOCTRINAE • AETERNITATI
1841

Glenn Sandifer, Instructor

Kevin D. Blackwell, director, Ministry Training Institute

# Samford University

## Ministry Training Institute

Birmingham, Alabama

*In recognition of the satisfactory completion of the prescribed course of study*

## Heather Mercado

B+

*has successfully completed the course*

## The Writings of Moses

*Given on this twentieth day of November in the year of our Lord two thousand and eighteen and of Samford University the one hundred seventy-seventh.*

SAMFORD UNIVERSITY · DEO · DOCTRINAE · AETERNITATI · 1841

*Tom Kay, Instructor*

*Kevin D. Blackwell, director, Ministry Training Institute*

# Outline for One-on-One Discipleship Mentor Program

**(15 Weeks)**

## Evangelism

**Resource: Share Jesus Without Fear by Bill Bright**

Week 1 –Sharing Your Testimony: (Have each person write out their testimony, share it with someone who doesn't know Christ, and turn it in the next class)

## Biblical Study

**Resources: How to Read the Bible For All Its Worth by Gordon Fee and Douglas Stuart(Ch 1, 3, 4) & How to Study the Bible by Robert M. West (Ch 2, 3, 5)**

Week 2—Interpretation: The Need to Interpret (Discovering What the Bible Means)
Week 3 – Classification: The Epistles-- The Need to Think Contextually (Study Methods)
Week 4 –Motivation: The Epistles-- The Hermeneutical Questions (Putting Thoughts Into Action)
Week 5- Summary

## Spiritual Leadership/Mentoring

**Resource: Lead Like Jesus by Ken Blanchard**

Week 6 –Servant Leadership: Heart
Week 7 -- Servant Leadership: Head
Week 8-- Servant Leadership: Hands
Week 9-- Servant Leadership: Habits

## Spiritual Gifts

**Resource: Ministry Gifts Inventory by Michael Miller**

Week 10—Discovering and Serving in Your Unique Calling

## Relating to Myself & Others

**Resource: Restoring Relationships by Dominic P. Herbst**

Week 11-13—Restoring Relationships (Take 3 weeks and show all 3 DVDs)

## Apologetics

**Resource: Christianity and World Religions by Adam Hamilton (Use as a negative example) The Reason for God by Timothy Keller**

Week 14—Viewing World Religions from a Christian Perspective

## Unified Theology & Mission

**Resource: Thinking About God by Fisher Humphreys (Ch 1)**

Week 15—Developing An Apostle's Creed Theology: Finding Common Ground

9/28/2020

* My current Attorney is the following;

Mr. Michael Levine
325 N. Pearl St. # 2100
Dallas, TX 75201
# 214-683-0165

Thankyou,
Heather Mercado