Heather Mercado
#26102078
Federal Prison Camp
37930 N. 45th AVE.
Phoenix, AZ 85086




RECEIVED
OCT 22 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

Paul Brown United States Courtho
Honorable Judge Mazzant
101 East Pecan Street
Sherman, TX 75090