IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:16-CR-00004-001 |
| | § | Judge Mazzant |
| HEATHER ELIZABETH MERCADO | § | |

**MOTION FOR EXTENSION OF TIME TO FILE REPONSE**

The United States of America by and through its United States Attorney in and for the Eastern District of Texas would show this Honorable Court as follows:

On October 23, 2020, Defendant filed her motion for compassionate release. ECF No. 47. The government's response is due to be filed on November 6, 2020. Due to the volume of recently filed compassionate release motions and the government's burden to review, evaluate, and prepare responses to the motions while maintaining an active caseload, the government is requesting an extension of fourteen days, until November 20, 2020, to file its response.

Based on the foregoing, the United States of America respectfully request that the Court grant this Motion for Extension of Time and order that a response shall not be due until November 20, 2020.

Respectfully submitted,

STEPHEN J. COX
United States Attorney
Eastern District of Texas

*/s/Camelia Elisa Lopez*
Camelia Elisa Lopez
U S Attorney's Office - Plano
101 E Park Blvd
Suite 500
Plano, TX 75074
972-509-1201
Fax: 972-509-1209
Email: camelia.lopez@usdoj.gov

## CERTIFICATE OF CONFERENCE

Defendant is currently incarcerated at FCI Phoenix and the government was unable to conference with him

*/s/Camelia Elisa Lopez*
Camelia Elisa Lopez

## CERTIFICATE OF SERVICE

I certify that on November 5, 2020, I electronically filed this document with the Clerk of Court using the CM/ECF system. I also certify that within 48 hours, I will mail this document by United States Postal Service or other postal carrier to the following non-CM/ECF participant:

HEATHER ELIZABETH MERCADO
Register Number: 26102-078
FCI Phoenix
37930 N. 45th Ave.
Phoenix, AZ 35086

*/s/Camelia Elisa Lopez*
Camelia Elisa Lopez