UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| v. | § | CASE NUMBER 4:16-CR-00004 |
| | § | |
| | § | |
| HEATHER ELIZABETH MERCADO | § | |

**ORDER**

The Defendant's initial appearance was held on April 9, 2024. Pursuant to Federal Rule of Criminal Procedure 5.1, the court conducted a preliminary hearing on April 15, 2024. Defendant executed a waiver at hearing. Based on the signed waiver, the court finds that there is probable cause to believe that the allegations have been committed and that Defendant, **HEATHER ELIZABETH MERCADO**, should be held over for a final revocation hearing.

**IT SO ORDERED**.

Signed April 15, 2024.

AILEEN GOLDMAN DURRETT
UNITED STATES MAGISTRATE JUDGE