UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| v. | § | CASE NUMBER 4:16-CR-00004 |
| | § | |
| | § | |
| HEATHER ELIZABETH MERCADO | § | |

**ORDER OF DETENTION**

The court held a hearing to consider the matter of Defendant's detention pending a final revocation hearing. Defendant waived their right to a detention hearing. It is therefore

ORDERED that the Defendant is detained pending a final revocation hearing without prejudice.

Signed April 15, 2024.

AILEEN GOLDMAN DURRETT
UNITED STATES MAGISTRATE JUDGE