IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | 4:16CR00004-001 |
| v. | § | |
| | § | |
| HEATHER ELIZABETH MERCADO | § | |

**NOTICE OF APPEARANCE**

The United States of America, by and through the office of the United States Attorney for the Eastern District of Texas, submits this Notice of Appearance to the Court, in the above-styled case, to appear as counsel for post-judgment enforcement purposes. In support thereof the United States sets forth the following:

As the Assistant United States Attorney responsible for financial litigation in the Eastern District of Texas it is important to receive notice of settings in a timely manner concerning criminal judgments.

THEREFORE, the United States respectfully requests that Robert Austin Wells receive notice as counsel for financial litigation in the above-styled case.

Respectfully submitted,

DAMIEN M. DIGGS
UNITED STATES ATTORNEY

*/s/ Robert Austin Wells*
ROBERT AUSTIN WELLS

Assistant United States Attorney
State Bar No. 24033327
110 N. College, Suite 700
Tyler, Texas 75702
Tel: (903) 590-1400
Fax: (903) 590-1437
Email: robert.wells3@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify on the 30th day of April 2024; a true and correct copy of this document was served electronically by the Court's CM/ECF system to all counsel of record.

*/s/ Robert Austin Wells*
ROBERT AUSTIN WELLS
Assistant United States Attorney