**IN THE UNITED STATE DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| | § | |
| **UNITED STATES OF AMERICA** | § | |
| | § | **CRIMINAL NO. 4:16-CR-00004-ALM-AGD-1** |
| **v.** | § | |
| | § | |
| **HEATHER ELIZABETH MERCADO** | § | |
| | § | |

**ENTRY OF APPEARANCE OF COUNSEL**

I wish to enter my appearance as counsel for the above-named defendant in this cause.

I understand that it is my duty to continue to represent the above-named defendant in connection with all matters relating to this cause, and in connection with all proceedings therein in this Court; to assist the defendant with any appeal which the defendant desires to perfect, and to represent the defendant on appeal until a final judgement has been entered; unless and until, after written motion filed by me, I am relieved by Order of the Court in all cases.

Respectfully submitted,

**THE CROWDER LAW FIRM, P.C.**

By:**/s/ Michael Hawk**
**Michael Hawk**
*Senior Associate Attorney*
*State Bar No. 00793918*
7950 Legacy Drive Suite 360
Plano, Texas 75024
Tel: (214) 544-0061
Fax: (214) 544-8601
Defenseteam@crowdercriminalfirm.com
Attorney for Heather Elizabeth Mercado

**CERTIFICATE OF SERVICE**

Michael Hawk, certifies as follows:
I am a citizen of the United States of America, over the age of 18 years, and competent to be a witness herein. I hereby certify that on this day, I electronically filed the foregoing Entry of Appearance of Counsel with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Christopher Andrew Eason
U S Attorney's Office - Plano
101 E Park Blvd
Suite 500
Plano, TX 75074

I certify under penalty of perjury of the laws of the State of Texas that the foregoing is true and correct.

**/s/ Michael Hawk**
**Michael Hawk**