| | |
|---|---|
| DATE: | 5/8/2024 |
| LOCATION: | Sherman |
| JUDGE: | Aileen Goldman Durrett |
| DEP. CLERK: | Karen Lee |
| RPTR/ECRO: | Digital Recording |
| USPO: | J. Kitchens / J. Gilbert |
| INTERPRETER: | N/A |
| BEGIN/END: | 11:42a.m./12:11 p.m. |
| TOTAL TIME: | |

CASE NUMBER 4:16-CR-00004-1

USA V. Heather Elizabeth Mercado

Heather Rattan
AUSA

P. Michael Hawk
DEFENSE ATTORNEY

## FINAL HEARING – VIOLATION OF SUPERVISED RELEASE

- ☑ Hearing called, Defendant waived right to preliminary/detention hearing.
- ☑ Supervised Release revocation hearing held ☑ Hearing called
- ☑ Defendant placed under oath
- ☑ Defendant enters plea of ☑ true ☐ not true. (allegations 1-20)
- ☑ Court accepts Plea of True.
- ☐ Modification of supervised release hearing.
- ☑ Court find defendant ☑ has ☐ has not violated terms of supervision.
- ☑ Supervised Release ☑ revoked ☐ reinstated ☐ modified
- ☑ **SENTENCE TEXT**: 18 months of imprisonment followed by 18 months of supervised release. No additional charges stemming from this petition will be brought by the Government. Special conditions reimposed. BOP facility requested: DFW or Oklahoma areas (not FCI Bryan)
- ☐ **TIME TO SERVE**: ______
- ☐ Counts _______ dismissed on government's motion.
- ☐ Defendant ordered to surrender to U.S. Marshal on ______
- ☐ Defendant failed to appear ☐ Order for arrest warrant
- ☐ Bond ☐ set ☐ reset at $______ ☐ cash ☐ surety ☐ 10% ☐ PR/unsecured.
- ☐ Defendant released from custody. ☐ Order setting conditions of release
- ☑ Defendant and Counsel signed Consent to Revocation of Supervised Release and Waiver of Right to be Present and Speak at Sentencing.
- ☑ Defendant **REMANDED** to custody.
- ☐ Court recessed ______.