IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Case No. 4:16CR4 |
| | § | Judge Mazzant |
| HEATHER ELIZABETH MERCADO | § | |
| | § | |
| | § | |

**NOTICE OF APPEARANCE OF COUNSEL**

COMES NOW the United States of America by and through the undersigned Assistant United States Attorney, Heather Elizabeth Mercado, files this Notice of Appearance of Counsel in the above styled and numbered cause of action, and would show the Court as follows:

The undersigned has been assigned to represent the United States in this cause as counsel and respectfully requests that all pleadings, notices, correspondence, etc., be copied to the undersigned via CM/ECF.

Respectfully submitted,

JAY R. COMBS
United States Attorney

/s/
DAVID REHFUSS
Assistant United States Attorney
101 East Park Blvd., Suite 500
Plano, Texas 75074
972-509-1201 (main)
david.rehfuss@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed via electronic filing to defense counsel on June 5, 2026.

/s/
DAVID REHFUSS