UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| v. | § | CASE NUMBER 4:16-CR-00004 |
| | § | |
| | § | |
| HEATHER ELIZABETH MERCADO | § | |

**ORDER**

Because the above-named defendant has testified under oath or has otherwise satisfied this court that the defendant (1) is financially unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, the Federal Public Defender is appointed to represent this person in the above-designated case.

The appointment shall remain in effect until terminated or a substitute attorney is appointed.

**IT IS SO ORDERED**.

Signed June 8, 2026.

AILEEN GOLDMAN DURRETT
UNITED STATES MAGISTRATE JUDGE