UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| v. | § | CASE NUMBER 4:16-CR-00004 |
| | § | |
| | § | |
| HEATHER ELIZABETH MERCADO | § | |

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**

I, **HEATHER ELIZABETH MERCADO**, charged in this District with the Violation of Supervised Release, having appeared before this court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary examination/hearing, do hereby waive (give up) my right to a preliminary examination/hearing.

June 8, 2026
Date

x[signature]
Defendant

[signature]
Defendant's Attorney