9994946

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas

United States of America
v.
HEATHER ELIZABETH MERCADO

*Defendant*

Case No. 4:16CR00004-1

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* HEATHER ELIZABETH MERCADO, who is accused of an offense or violation based on the following document filed with the court:

❒ Indictment ❒ Superseding Indictment ❒ Information ❒ Superseding Information ❒ Complaint
❒ Probation Violation Petition ☑ Supervised Release Violation Petition ❒ Violation Notice ❒ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 3583(d) Violation of Supervised Release

Date: 06/01/2026

David A. O'Toole
*Issuing officer's signature*

City and state: Sherman, Texas

David A. O'Toole, Clerk
*Printed name and title*

**Return**

This warrant was received on *(date)* 6/2/26, and the person was arrested on *(date)* 6/5/26 at *(city and state)* Plano, TX.

Date: 6/5/26

*Arresting officer's signature*

D. Chapman DUSM
*Printed name and title*