UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| v. | § | CASE NUMBER 4:16-CR-00004 |
| | § | |
| | § | |
| HEATHER ELIZABETH MERCADO | § | |

## ORDER OF DETENTION

The court held a hearing to consider the matter of Defendant's detention pending a final revocation hearing. Defendant waived their right to a detention hearing. It is therefore

ORDERED that the Defendant is detained pending a final revocation hearing without prejudice.

Signed June 17, 2026.

AILEEN GOLDMAN DURRETT
UNITED STATES MAGISTRATE JUDGE