UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| v. | § | CASE NUMBER 4:16-CR-00004 |
| | § | |
| | § | |
| HEATHER ELIZABETH MERCADO | § | |

**CONSENT TO REVOCATION OF SUPERVISED RELEASE AND WAIVER OF RIGHT TO BE PRESENT AND SPEAK AT SENTENCING AND TO OBJECT TO FINDINGS OF MAGISTRATE JUDGE**

I, Heather Elizabeth Mercado, charged in a petition with violation of terms of supervised release, have appeared and been advised by the court of my rights under Rules 32.1 and 46(d), Fed. R. Crim. P.

On this date, the United States Magistrate Judge conducted a hearing to modify, revoke or terminate supervised release. Legal counsel assisted me in that proceeding.

The magistrate judge will submit to the sentencing district judge a written report containing (a) a proposed finding that I **violated terms of supervised release**, and (b) recommendations that the court **revoke supervised release** and **sentence me.**

In open court, the magistrate judge informed me that I may object and thereby secure the district judge's review of the proposed findings of fact and recommendations for disposition. The magistrate judge also advised that I have the right to be present with counsel, to speak in my own behalf, and to have counsel speak in my behalf before any additional sentence is imposed.

I HEREBY:

(1) Waive (give up) my right to object to the proposed findings and recommendations of the Magistrate Judge;

(2) Consent (agree) to revocation of my supervised release;

(3) Consent (agree) to imposition of the sentence, including all conditions of supervised release, recommended by the Magistrate Judge in the Report and Recommendation, and

(4) Waive (give up) my right to be present and speak, and my right to have counsel present and speak, before the district judge imposes the recommended sentence.

6/17/26
Date

Defendant

Defense Counsel

**Consented to by United States**

Assistant U.S. Attorney