# UNITED STATES DISTRICT COURT

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | CRIMINAL NO. 4:16CR4 |
| | § | |
| HEATHER ELIZABETH MERCADO | § | |

## PROFFERED EVIDENCE AND WITNESSES RELATED TO REVOCATION HEARING DATED 06/17/2026

GOVERNMENT WITNESS:

1. Shruti Bhakta

GOVERNMENT EXHIBITS:

1. Email
2. Email

DEFENDANT WITNESS:

1. Heather Mercado