.ther Mercado <heathere1008@icloud.com>
uesday, October 21, 2025 3:06 PM
shruti Bhakta <Shruti_Bhakta@txep.uscourts.gov>
**ubject:**

CAUTION - EXTERNAL:

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

3:04 5G+ 43

67

AC

Aunt Pattie 🖤

Text Message • SMS
Today 3:00 PM

Can you please call my PO Shruti Bhakta and email her the PDF of the lease? I just took pictures of it and sent her. She needs your email version.

I'll send you her email and number

469-875-9345. PO Shruti.

Shruti_Bhakta@txep.uscourts.gov

PENGAD-Bayonne, N. J.
GOVERNMENT EXHIBIT
1