**From:** Herrera, Barry (USATXE) [Contractor] <Barry.Herrera@usdoj.gov>
**Sent:** Thursday, March 5, 2026 1:41 PM
**To:** Shruti Bhakta <Shruti_Bhakta@txep.uscourts.gov>
**Subject:** RE: Mercado

**CAUTION - EXTERNAL:**

I initial served a subpoena to Verizon for subscriber information for 903-539-4739. Verizon responded that they had no results. Verizon said the phone went through a Verizon reseller, which in this case was Tracfone.

Next, I subpoenaed Tracfone Wireless Inc. for subscriber information for 903-539-4739. They provided the following info which shows Heather Mercado as the subscriber/contact for that number. What is interesting is that Mercado's phone number on this record is 558-580-0563.

**Contact**

**Profile**

| | | | | | |
|---|---|---|---|---|---|
| Customer Id | 1558580563 | Last Name | Mercado | City | PLANO |
| Lid | | Phone | 1558580563 | State | TX |
| First Name | Heather | Address | 1228 Prince George Drive | Zip | 75075 |

New Customer | Same Customer | Refresh

**Account**

| | |
|---|---|
| Brand | TRACFONE |
| Account Id | heathere1008@icloud.com |
| Acc Customer Id | 1558580562 |

Barry Herrera
Senior Financial Investigator (Contractor)
U.S. Attorney's Office
110 N College Ave., Suite 700
Tyler, TX 75702
Email: Barry.Herrera@usdoj.gov
Office Phone: 903-510-9342

**From:** Shruti Bhakta <Shruti_Bhakta@txep.uscourts.gov>
**Sent:** Thursday, March 5, 2026 11:47 AM
**To:** Herrera, Barry (USATXE) [Contractor] <Barry.Herrera@usdoj.gov>
**Subject:** [EXTERNAL] Mercado

HI Barry,

Are you able to provide me with "Aunty Patty's number showing up under Heather's name please?

Thank you,

Shruti Bhakta

GOVERNMENT EXHIBIT 2

PENGAD-Bayonne, N. J.