**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

FILED

AUG 0 5 2026

CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

UNITED STATES OF AMERICA )
)
v. )
) Case No. 4:16-cr-00004-
) ALM-AGD-1
HEATHER MERCADO-STEPHENSON )
)

PRO SE NOTICE OF APPEAL

Notice is hereby given that Defendant Heather Mercado-Stephenson hereby appeals to the United States Court of Appeals for the Fifth Circuit from the final judgment revoking her supervised release and imposing a sentence of 22 months imprisonment, entered in this action on July 23, 2026.

The Defendant files this notice pro se as an emergency protective filing to preserve her appellate rights before the August 6, 2026 deadline.

Dated: August 5, 2026
Respectfully submitted,
/s/ Heather Mercado-Stephenson
HEATHER MERCADO-STEPHENSON
Defendant Pro Se